# EXHIBIT 2

# Merriam-Webster's Collegiate® Dictionary

America's Best-Selling Dictionary

Eleventh Edition

New Ways to Find the Words You Need Today

An Encyclopædia Britannica® Company

Case 1:22-cv-00094-CJW-KEM   Document 53-2   Filed 05/30/23   Page 2 of 5

J&M-014348

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Case 1:22-cv-00094-CJW-KEM   Document 53-2   Filed 05/30/23   Page 3 of 5   J&M-014349



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
   p. cm.
Includes index.
ISBN-13: 978-0-87779-807-1     (Laminated unindexed : alk. paper)
ISBN-10: 0-87779-807-9         (Laminated unindexed : alk. paper)
ISBN-13: 978-0-87779-808-8     (Jacketed hardcover unindexed : alk. paper)
ISBN-10: 0-87779-808-7         (Jacketed hardcover unindexed : alk. paper)
ISBN-13: 978-0-87779-809-5     (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-10: 0-87779-809-5         (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-810-1     (Leatherlook with CD-ROM : alk. paper)
ISBN-10: 0-87779-810-9         (Leatherlook with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-813-2     (Canadian)
ISBN-10: 0-87779-813-3         (Canadian)
ISBN-13: 978-0-87779-814-9     (International)
ISBN-10: 0-87779-814-1         (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003                                    2003003674
423—dc21                                              CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

**motor** \'mō-tər\ n [L, fr. *movēre* to move] (1586)  1 : one that imparts motion; *specif* : PRIME MOVER  2 : any of various power units that develop energy or impart motion: as  a : a small compact engine  b : INTERNAL COMBUSTION ENGINE; *esp* : a gasoline engine  c : a rotating machine that transforms electrical energy into mechanical energy  3 : MOTOR VEHICLE; *esp* : AUTOMOBILE — **mo·tor·dom** \-dəm\ n — **mo·tor·less** \-ləs\ adj
²**motor** adj (1824)  1 a : causing or imparting motion  b : of, relating to, being a motor neuron or a nerve containing motor neurons ⟨~ areas of the brain⟩  2 a : equipped with or driven by a motor  b : of, relating to, or involving an automobile  c : designed for motor vehicles or motorists
³**motor** vb (1896)  1 : to travel by automobile : DRIVE  2 : to move or proceed at a vigorous steady pace ⟨~ed down the field for a touchdown⟩  3 : to transport by automobile
**motor·bike** \'mō-tər-ˌbīk\ n (1903) : a small usu. lightweight motorcycle — **motorbike** vi
**motor·boat** \-ˌbōt\ n (1902) : a boat propelled usu. by an internal combustion engine — **mo·tor·boat·er** \-ˌbō-tər\ n — **mo·tor·boat·ing** n
**motor·bus** n (1901) : BUS 1a — called also *motor coach*
**motor·cade** \'mō-tər-ˌkād\ n (1913) : a procession of motor vehicles — **motorcade** vi
**motor·car** \-ˌkär\ n (ca. 1890)  1 : AUTOMOBILE  2 *usu* **motor car** : a car containing motors for propulsion
**motor court** n (1936) : MOTEL
**mo·tor·cy·cle** \'mō-tər-ˌsī-kəl\ n [*motor bicycle*] (1896) : a 2-wheeled automotive vehicle for one or two people — **motorcycle** vi — **mo·tor·cy·clist** \-k(ə-)list\ n
**motor home** n (1965) : a large motor vehicle equipped as living quarters — compare MOBILE HOME
**mo·tor·ic** \mō-'tor-ik, -'tär-\ adj (1930) : MOTOR 1c — **mo·tor·i·cal·ly** \-i-k(ə-)lē\ adv
**motor inn** n (1951) : MOTEL; *esp* : a large multistory motel — called also *motor hotel*
**mo·tor·ise** Brit var of MOTORIZE
**mo·tor·ist** \'mō-tə-rist\ n (1896) : a person who travels by automobile
**mo·tor·ize** \'mō-tə-ˌrīz\ vt **-ized; -iz·ing** (ca. 1913)  1 : to equip with a motor  2 : to equip with motor vehicles — **mo·tor·i·za·tion** \ˌmō-tə-rə-'zā-shən\ n
**motor lodge** n (1949) : MOTEL
**mo·tor·man** \'mō-tər-mən\ n (1890) : an operator of a motor-driven vehicle (as a streetcar or subway train)
**motor mouth** \-ˌmau̇th\ n (1963) : a person who talks excessively — **mo·tor·mouthed** \-ˌmau̇thd, -ˌmau̇tht\ adj
**motor neuron** n (1898) : a neuron that passes from the central nervous system or a ganglion toward a muscle and conducts an impulse that causes movement — called also *motoneuron*
**motor pool** n (1942) : a group of motor vehicles centrally controlled (as by a governmental agency) and dispatched for use as needed
**motor sailer** n (ca. 1923) : a motorboat with sailing equipment
**motor scooter** n (1919) : a low 2- or 3-wheeled automotive vehicle resembling a child's scooter and having a seat so that the rider does not straddle the engine
**motor ship** n (1915) : a seagoing ship propelled by an internal combustion engine
**motor torpedo boat** n (1940) : PT BOAT
**motor truck** \'mō-tər-ˌtrək\ n (1916) : an automotive truck used esp. for transporting freight
**motor unit** n (1925) : a motor neuron together with the muscle fibers on which it acts
**motor vehicle** n (1890) : an automotive vehicle not operated on rails; *esp* : one with rubber tires for use on highways
**motor·way** \'mō-tər-ˌwā\ n (1903) *chiefly Brit* : SUPERHIGHWAY 1
**motte** \'mät\ n [F, fr. OF *mote, motte*] (1884) : MOUND, HILL; *esp* : a hill used as a site for a Norman castle in Britain
**motte and bailey** n (1900) : a medieval Norman castle consisting of connecting ditched stockaded mounds with the higher mound surmounted by the keep and the lower one containing barracks and other buildings
¹**mot·tle** \'mät-ᵊl\ n [prob. back-formation fr. *motley*] (1676)  1 : a colored spot  2 a : a surface having colored spots or blotches  b : the arrangement of such spots or blotches on a surface  3 : MOSAIC 5 — **mot·tled** \-ᵊld\ adj
²**mottle** vt **mot·tled; mot·tling** \'mät-liŋ, 'mä-tᵊl-iŋ\ (1676) : to mark with spots or blotches of different color or shades of color as if stained
**mot·tler** \'mät-lər, 'mä-tᵊl-ər\ n
**mottled enamel** n (1928) : spotted tooth enamel caused by drinking water containing excessive fluorides during the time the teeth are calcifying
**mot·to** \'mä-(ˌ)tō\ n, pl **mottoes** *also* **mottos** [It, fr. LL *muttum* grunt, fr. L *muttire* to mutter] (15c)  1 : a sentence, phrase, or word inscribed on something as appropriate to or indicative of its character or use  2 : an expression of a guiding principle
**moue** \'mü\ n [F, fr. MF — more at MOW] (1850) : a little grimace

¹**mouf·flon** *also* **mouf·lon** \mü-'flōⁿ\ n [F *moufflon*, fr. It dial. *muvrone, mufron-, mufro*] (1774) : either of two wild sheep (*Ovis orientalis musimon*) of the mountains of Sardinia, Corsica and western Asia have large curling horns in the males and are sometimes included in a single species
**mou·jik** var of MUZHIK
**mou·lage** \mü-'läzh\ n [F, molding, fr. MF, fr. *mouler* to mold, OF *moler* — more at MOLD] (1902)  1 : an impression or cast made for use as evidence in a criminal investigation  2 : the taking of an impression for use as evidence in a criminal investigation
**mould** *chiefly Brit var of* MOLD
**moulding** *chiefly Brit var of* MOLDING
**moult** *chiefly Brit var of* MOLT
¹**mound** \'mau̇nd\ vt [origin unknown] (1515)  1 *archaic* : to enclose or fortify with a fence or a ridge of earth  2 : to form into a mound
²**mound** n, often attrib [origin unknown] (1551)  1 *archaic* : HEDGE  2 a (1) : an artificial bank or hill of earth or stones; *esp* : one

constructed over a burial or ceremonial site  (2) : the slightly elevated ground on which a baseball pitcher stands  b : a rounded hill or natural formation  3 a : HEAP, PILE ⟨~s of work⟩  b : a small rounded mass ⟨a ~ of mashed potatoes⟩
**Mound Builder** n (1838) : a member of a prehistoric American Indian people whose extensive earthworks are found from the Great Lakes down the Mississippi River valley to the Gulf of Mexico
¹**mount** \'mau̇nt\ n [ME, fr. OE *munt* & AF *munt, mont*, both fr. L *mont-, mons*; akin to W *mynydd* mountain, L *minari* to project, threaten] (bef. 12c)  1 : a high hill : MOUNTAIN — used esp. before an identifying name ⟨*Mount Everest*⟩  2 *archaic* : EARTHWORK 1  3 : MOUND 2a(1)
²**mount** vb [ME, fr. AF *munter, monter*, fr. VL *montare*, fr. L *mont-, mons*] vi (14c)  1 : RISE, ASCEND  2 : to increase in amount or extent ⟨expenses began to ~⟩  3 : to get up on something above the level of the ground; *esp* : to seat oneself (as on a horse) for riding ~ vt  1 a : to go up : CLIMB  b (1) : to seat or place oneself on  (2) : to climb on top of for copulation  2 a : to lift up : RAISE  b (1) : to put or have (as artillery) in position  (2) : to have as equipment  c (1) : to organize and equip (an attacking force) ⟨~ an army⟩  (2) : to launch and carry out (as an assault or a campaign)  3 : to set on something that elevates  4 a : to cause to get on a means of conveyance  b : to furnish with animals for riding  5 : to post or set up for defense or observation ⟨~ed some guards⟩  6 a : to attach to a support  b : to arrange or assemble for use or display  7 a : to prepare (as a specimen) for examination or display  b : to prepare and supply with materials needed for performance or execution ⟨~ an opera⟩ — **mount·able** \'mau̇n-tə-bəl\ adj — **mount·er** n
³**mount** n (15c)  1 : an act or instance of mounting; *specif* : an opportunity to ride a horse in a race  2 : FRAME, SUPPORT: as  a : the material (as cardboard) on which a picture is mounted  b : a jewelry setting  c (1) : an undercarriage or part on which a device (as a motor or an artillery piece) rests in service  (2) : an attachment for an accessory  d : a hinge, card, or acetate envelope for mounting a stamp  e : a glass slide with its accessories on which objects are placed for examination with a microscope  3 : a means of conveyance; *esp* : SADDLE HORSE
**moun·tain** \'mau̇n-tᵊn\ n, often attrib [ME, fr. AF *muntaine*, fr. VL **montanea*, fr. fem. of **montaneus* of a mountain, alter. of L *montanus*, fr. *mont-, mons*] (13c)  1 a : a landmass that projects conspicuously above its surroundings and is higher than a hill  b : an elongated ridge  2 a : a great mass  b : a vast number or quantity
**mountain ash** n (1597) : any of various trees or shrubs (genus *Sorbus*) of the rose family with pinnate leaves and red or orange-red fruits
**mountain bike** n (1983) : an all-terrain bicycle with wide knobby tires, straight handlebars, and typically 18 to 21 gears — **mountain bike** vi — **mountain biker** n
**mountain bluebird** n (1861) : a bluebird (*Sialia currucoides*) of western No. America having a blue-breasted rather than red-breasted male
**mountain cranberry** n (1848) : a low evergreen shrub (*Vaccinium vitis-idaea*) of the heath family that is native to north temperate uplands and has red edible berries — called also *lingonberry*
**mountain dew** n (1816) : MOONSHINE 3
**moun·tain·eer** \ˌmau̇n-tə-'nir\ n (1610)  1 : a native or inhabitant of a mountainous region  2 : a person who climbs mountains for sport
**moun·tain·eer·ing** \ˌmau̇n-tə-'nir-iŋ\ n (1803) : the sport or technique of scaling mountains
**mountain goat** n (1833) : a ruminant mammal (*Oreamnos americanus*) of mountainous northwestern No. America that has a thick yellowish-white coat and slightly curved horns and resembles a goat
**mountain gorilla** n (1939) : a gorilla (*Gorilla gorilla beringei*) inhabiting the Virunga mountain range
**mountain laurel** n (1759) : a No. American evergreen shrub or small tree (*Kalmia latifolia*) of the heath family with glossy leaves and umbels of rose-colored or white flowers
**mountain lion** n (1859) : COUGAR
**mountain mahogany** n (1810) : any of a genus (*Cercocarpus*) of western No. American evergreen shrubs or small trees of the rose family


mountain goat

**mountain man** n (1839) : an American frontiersman (as a trapper) at home in the wilderness
**moun·tain·ous** \'mau̇n-tə-nəs, 'mau̇nt-nəs\ adj (14c)  1 : containing many mountains  2 : resembling a mountain : HUGE — **moun·tain·ous·ly** adv — **moun·tain·ous·ness** n
**mountain sheep** n (ca. 1779) : any of various wild sheep (as bighorn, argali, or Dall sheep) inhabiting high mountains
**mountain sickness** n (1848) : altitude sickness experienced esp. above 10,000 feet (about 3000 meters) and caused by insufficient oxygen in the air
**moun·tain·side** \'mau̇n-tᵊn-ˌsīd\ n (14c) : the side of a mountain
**mountain time** n, often cap M (1883) : the time of the seventh time zone west of Greenwich that includes the Rocky Mountain states of the U.S. — see TIME ZONE illustration
**moun·tain·top** \'mau̇n-tᵊn-ˌtäp\ n (ca. 1558) : the summit of a mountain
**moun·tainy** \'mau̇n-tᵊn-ē, 'mau̇nt-nē\ adj (1613)  1 : MOUNTAINOUS  2 : of, relating to, or living in mountains
¹**moun·te·bank** \'mau̇n-ti-ˌbaŋk\ n [It *montimbanco*, fr. *montare* to mount + *in* in, on + *banco, banca* bench] (1577)  1 : a person who sells quack medicines from a platform  2 : a boastful unscrupulous pretender : CHARLATAN — **moun·te·bank·ery** \-baŋ-k(ə-)rē\ n
²**mountebank** vi (1607) *obs* : to beguile or transform by trickery ⟨I'll ~ their loves —Shak.⟩ ~ vi : to play the mountebank

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision, beige \k, ⁿ, œ, ᴜ, ᵞ\ *see* Guide to Pronunciation

Case 1:22-cv-00094-CJW-KEM   Document 53-2   Filed 05/30/23   Page 5 of 5   J&M-014351