# EXHIBIT 3

# CONCISE Oxford Dictionary

More than 180,000 entries and definitions
More than a thousand word histories
Hundreds of illustrations
Ready Reference section with helpful information on weights and measures, chemical elements, U.S. states and presidents, and much more!

THE WORLD'S MOST TRUSTED DICTIONARIES

Case 1:22-cv-00094-CJW-KEM   Document 53-3   Filed 05/30/23   Page 2 of 5

J&M-014344

# Concise Oxford American Dictionary


OXFORD
UNIVERSITY PRESS

Case 1:22-cv-00094-CJW-KEM    Document 53-3    Filed 05/30/23    Page 3 of 5    J&M-014345

OXFORD UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford  New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Copyright © 2006 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
www.oup.com/us
www.askoxford.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or
transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise,
without prior permission of Oxford University Press.

**Library of Congress Cataloging-in-Publication Data**

Concise Oxford American dictionary.
   p. cm.
  Includes bibliographical references.
  ISBN-13: 978-0-19-530484-8
  ISBN-10: 0-19-530484-5
  1. English language—United States—Dictionaries.   2. Americanisms—
Dictionaries.
   PE1628.C676 2006
   423'.1—dc22
                                                 2006001264

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their
inclusion does not imply that they have acquired for legal purposes a nonproprietary or general
significance, nor is any other judgment implied concerning their legal status. In cases where the editor has
some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation
trademark, but no judgment concerning the legal status of such words is made or implied thereby.

10 9 8 7 6 5 4 3 2

Printed in the United States of America on acid-free paper

motif of his latest novel. ■ *Mus.* a short succession of notes producing a single impression; a brief melodic or rhythmic formula out of which longer passages are developed.

**mo·tile** /ˈmōtl; ˈmōˌtīl/ ▶ *adj. Zool. & Bot.* (of cells, gametes, and single-celled organisms) capable of motion. —**mo·til·i·ty** /mōˈtilətē/ *n.*

**mo·tion** /ˈmōSHən/ ▶ *n.* **1** the action or process of moving or being moved. ■ a gesture: *she made a motion with her free hand.* ■ a piece of moving mechanism. **2** a formal proposal put to a legislature or committee: *the head of our commission made a motion that we rewrite the constitution.* ■ *Law* an application for a rule or order of court. **3** *Mus.* the movement of a melodic line between successive pitches.
▶ *v.* [*tr.*] **1** direct or command (someone) with a movement of the hand or head: *he motioned Dennis to a plush chair* | [*tr.*] *he motioned the young officer to sit down.* **2** make a proposal in a deliberative or legislative body: [with *clause*] *she recognized the majority leader, who motioned that the body adjourn.* —**mo·tion·al** /-SHənl/ *adj.* —**mo·tion·less** *adj.* —**mo·tion·less·ly** *adv.*
▶ □ **go through the motions** do something perfunctorily, without any enthusiasm or commitment. ■ simulate an action: *a child goes through the motions of washing up.*

**mo·tion pic·ture** ▶ *n.* another term for MOVIE: [as *adj.*] *the motion-picture industry.*

**mo·ti·vate** /ˈmōtəˌvāt/ ▶ *v.* [*tr.*] provide (someone) with a motive for doing something: *he was primarily motivated by the desire for profit.* ■ stimulate (someone's) interest in or enthusiasm for doing something: *I'm going to motivate kids to study civics.* —**mo·ti·va·tion** *n.* —**mo·ti·va·tor** /-ˌvātər/ *n.*

**mo·tive** /ˈmōtiv/ ▶ *n.* **1** a reason for doing something, esp. one that is hidden or not obvious. **2** (in art, literature, or music) a motif: *the entire work grows organically from the opening horn motive.*
▶ *adj.* **1** producing physical or mechanical motion: *the charge of gas is the motive force for every piston stroke.* **2** causing or being the reason for something: *the motive principle of a writer's work.* —**mo·tive·less** *adj.* —**mo·tive·less·ly** *adv.* —**mo·tive·less·ness** *n.*

**mot·ley** /ˈmätlē/ ▶ *adj.* (**mot·li·er, mot·li·est**) incongruously varied in appearance or character; disparate: *a motley crew.*
▶ *n.* **1** an incongruous mixture: *a motley of interacting interest groups.* **2** *hist.* the particolored costume of a jester.

**mo·to·cross** /ˈmōtōˌkrôs; -ˌkräs/ ▶ *n.* cross-country racing on motorcycles. —**mo·to·cross·er** *n.*

**mo·tor** /ˈmōtər/ ▶ *n.* a machine, esp. one powered by electricity or internal combustion, that supplies motive power for a vehicle or for some other device with moving parts. ■ a source of power, energy, or motive force: *hormones are the motor of the sexual functions.*
▶ *adj.* **1** giving, imparting, or producing motion or action: *demand is the principle motor force governing economic activity.* ■ *Physiol.* relating to muscular movement or the nerves activating it: *the motor functions of each hand.* **2** *chiefly Brit.* driven by a motor. ■ of or relating to motor vehicles: *the world of motor sports.*
▶ *v.* [*intr.*] *inf.* travel in a motor vehicle, typically a car or a boat. ■ *inf.* run or move as fast as possible. ▷ late Middle English (denoting a person who imparts motion); from Latin, literally 'mover,' based on *movere* 'to move.' The current sense of the noun dates from the mid 19th cent.

**mo·tor·bike** /ˈmōtərˌbīk/ ▶ *n.* a lightweight motorcycle. ■ a motorized bicycle.

**mo·tor·boat** /ˈmōtərˌbōt/ ▶ *n.* a boat powered by a motor, esp. a recreational boat.

**mo·tor·cade** /ˈmōtərˌkād/ ▶ *n.* a procession of motor vehicles, typically carrying and escorting a prominent person.

**mo·tor·car** /ˈmōtərˌkär/ ▶ *n. dated* or *Brit.* an automobile.

**mo·tor·cy·cle** /ˈmōtərˌsīkəl/ ▶ *n.* a two-wheeled vehicle that is powered by a motor and has no pedals. —**mo·tor·cy·cling** /-ˌsīk(ə)liNG/ *n.* —**mo·tor·cy·clist** /-ˌsīk(ə)list/ *n.*


motorcycle

**mo·tor home** ▶ *n.* a motor vehicle equipped like a trailer for living in, with kitchen facilities, beds, etc.

**mo·tor·ist** /ˈmōtərist/ ▶ *n.* the driver of an automobile.

**mo·tor·ize** /ˈmōtəˌrīz/ ▶ *v.* [*tr.*] (usu. as *adj.*) (**motorized**) equip (a vehicle or device) with a motor to operate or propel it: *a motorized wheelchair.* ■ equip (troops) with motor transportation: *three motorized divisions.* —**mo·tor·i·za·tion** /ˌmōtərəˈzāSHən/ *n.*

**mo·tor·mouth** /ˈmōtərˌmouTH/ (also **mo·tor-mouth**) ▶ *n. inf.* a person who talks quickly and incessantly. —**mo·tor·mouthed** /-ˌmouTHd; -ˌmouTHt/ (also **mo·tor-mouthed**) *adj.*

**mo·tor pool** ▶ *n.* a group of vehicles maintained by a government agency, military installation, etc., for use by personnel as needed.

**mo·tor scoot·er** ▶ *n.* see SCOOTER.

**mo·tor ve·hi·cle** ▶ *n.* a road vehicle powered by an internal combustion engine; an automobile.

**Mo·town** /ˈmōˌtoun/ ▶ *n.* music released on or reminiscent of the U.S. record label Motown, important in popularizing soul music.

**mot·tle** /ˈmätl/ ▶ *v.* [*tr.*] (usu. **be mottled**) mark with spots or smears of color: *the cow's coat was light red mottled with white* | [as *adj.*] (**mottled**) *a bird with mottled brown plumage.*
▶ *n.* an irregular arrangement of spots or patches of color: *the ship was a mottle of khaki and black.* ■ (also **mottling**) a spot or patch forming part of such an arrangement: *white marble with mottlings of black and gray.*

**mot·to** /ˈmätō/ ▶ *n.* (*pl.* **-toes** or **-tos**) a short sentence or phrase chosen as encapsulating the beliefs or ideals guiding an individual, family, or institution. ■ *Mus.* a phrase that recurs throughout a musical work and has some symbolic significance.

**moue** /mo͞o/ ▶ *n.* a pouting expression used to convey annoyance or distaste.

**mould** /mōld/ ▶ *n. & v.* British spelling of MOLD[1], MOLD[2], and MOLD[3].

**mound** /mound/ ▶ *n.* a rounded mass projecting above a surface. ■ a raised mass of earth or other compacted material, sometimes created for purposes of defense or burial. ■ a small hill. ■ (**a mound of/mounds of**) a large pile or quantity of something: *mounds of cash.* ■ *Baseball* (in full **pitcher's mound**) the elevated area from which the pitcher delivers the ball.
▶ *v.* [*tr.*] heap up into a rounded pile.

**mount**[1] /mount/ ▶ *v.* [*tr.*] **1** climb up (stairs, a hill, or other rising surface). ■ climb or move up on to (a raised surface): *the master of ceremonies mounted the platform.* ■ get up on (an animal or bicycle) in order to ride it. ■ (often **be mounted**) set (someone) on horseback; provide with a horse: *she was mounted on a white horse.* ■ (of a male mammal or bird) get on (a female) for the purpose of copulation. ■ [*intr.*] (of the blood or its color) rise into the cheeks: *feeling the blush mount in her cheeks.* **2** organize and initiate (a campaign or other significant course of action): *the company mounted takeover bids.* ■ establish; set up: *security forces mounted checkpoints.* ■ produce (a play, exhibition, or other artistic event); present for public view or display. **3** [*intr.*] grow larger or more numerous: *the costs mount up when you buy a home.* ■ (of a feeling) become stronger or more intense: *his anxiety mounted.* **4** [*tr.*] place or fix (an object) on an elevated support: *fluorescent lights are mounted on the ceiling.* ■ fix (an object) in position: *the engine is mounted behind the rear seats.* ■ [*tr.*] place (a gun) on a fixed mounting. ■ [*tr.*] set in or attach to a backing or setting: *the photographs will be mounted and framed.* ■ [*tr.*] fix (an object for viewing) on a microscope slide.
▶ *n.* **1** a backing or setting on which a photograph, gem, or work of art is set for display. ■ a glass microscope slide for securing a specimen to be viewed. ■ *Philately* a clear plastic or paper sleeve used to display a postage stamp. **2** a support for a gun, camera, or similar piece of equipment. **3** a horse being ridden or that is available for riding. ■ an opportunity to ride a horse, esp. as a jockey. —**mount·a·ble** *adj.* —**mount·er** *n.*

**mount**[2] ▶ *n.* a mountain or hill (archaic except in place names): *Mount Everest.*

**moun·tain** /ˈmountn/ ▶ *n.* a large natural elevation of the earth's surface rising abruptly from the surrounding level; a large steep hill. ■ (**mountains**) a region where there are many such features, characterized by remoteness and inaccessibility: *they sought refuge in the mountains* | [as *adj.*] (**mountain**) *his attempt to picture the mountain folk in ridiculous attire.* ■ (**a mountain/mountains of**) a large pile or quantity of something: *a mountain of paperwork.* —**moun·tain·y** *adj.*
▶ □ **move mountains 1** achieve spectacular and apparently impossible results. **2** make every possible effort: *his fans move mountains to catch as many of his performances as possible.*

**moun·tain ash** ▶ *n.* a small deciduous tree (genus *Sorbus*) of the rose family, with compound leaves, white flowers, and red berries. Also called ROWAN.

Case 1:22-cv-00094-CJW-KEM Document 53-3 Filed 05/30/23 Page 5 of 5 J&M 014347