# EXHIBIT 4

# CONCISE Oxford Dictionary

More than 180,000 entries and definitions
More than a thousand word histories
Hundreds of illustrations
Ready Reference section with helpful information on weights and measures, chemical elements, U.S. states and presidents, and much more!

THE WORLD'S MOST TRUSTED DICTIONARIES

Case 1:22-cv-00094-CJW-KEM   Document 53-4   Filed 05/30/23   Page 2 of 5

J&M-014340

# Concise Oxford American Dictionary


OXFORD
UNIVERSITY PRESS

Case 1:22-cv-00094-CJW-KEM   Document 53-4   Filed 05/30/23   Page 3 of 5   J&M-014341

OXFORD UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Copyright © 2006 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
www.oup.com/us
www.askoxford.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or
transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise,
without prior permission of Oxford University Press.

**Library of Congress Cataloging-in-Publication Data**

Concise Oxford American dictionary.
   p. cm.
  Includes bibliographical references.
  ISBN-13: 978-0-19-530484-8
  ISBN-10: 0-19-530484-5
  1. English language—United States—Dictionaries.   2. Americanisms—
Dictionaries.
  PE1628.C676 2006
  423'.1—dc22
                                                2006001264

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their
inclusion does not imply that they have acquired for legal purposes a nonproprietary or general
significance, nor is any other judgment implied concerning their legal status. In cases where the editor has
some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation
trademark, but no judgment concerning the legal status of such words is made or implied thereby.

10 9 8 7 6 5 4 3 2

Printed in the United States of America on acid-free paper

**ad·duce** /əˈd(y)o͞os/ ▶v. [tr.] cite as evidence: *a number of factors are adduced to explain the situation.* —**ad·duc·i·ble** *adj.*

**ad·dy** /ˈadē/ ▶n. (pl. **-dies**) *inf.* an address, especially an e-mail address: *I just sent you a note from my other addy.*

**ad·e·nine** /ˈadnˌēn; -ˌin/ ▶n. *Biochem.* a purine derivative that is one of the four constituent bases of nucleic acids.

**ad·e·noids** /ˈadnˌoidz/ ▶pl. n. a mass of enlarged lymphatic tissue between the back of the nose and the throat, often hindering speaking and breathing in young children. —**ad·e·noi·dal** /ˌadnˈoidl/ *adj.*

**ad·e·no·ma** /ˌadnˈōmə/ ▶n. (pl. **-mas** or **-ma·ta** /-mətə/) *Med.* a benign tumor formed from glandular structures in epithelial tissue.

**a·den·o·sine** /əˈdenəˌsēn; -sin/ ▶n. *Biochem.* a compound consisting of adenine combined with ribose, one of four nucleoside units in RNA.

**a·dept** ▶*adj.* /əˈdept/ very skilled or proficient at something: *he is adept at cutting through red tape | an adept negotiator.*
▶n. /ˈadept; əˈdept/ a person who is skilled or proficient at something: *they are adepts at kung fu and karate.* —**a·dept·ly** *adv.* —**a·dept·ness** *n.*

**ad·e·quate** /ˈadikwit/ ▶*adj.* satisfactory or acceptable in quality or quantity: *this office is perfectly adequate for my needs.* —**ad·e·qua·cy** /-kwəsē/ *n.* —**ad·e·quate·ly** *adv.*

**ADHD** ▶*abbr.* attention deficit hyperactivity disorder.

**ad·here** /ədˈhi(ə)r/ ▶v. [intr.] (**adhere to**) stick fast to (a surface or substance): *paint won't adhere well to a greasy surface.* ■ believe in and follow the practices of: *the people adhere to the Muslim religion.* ■ represent truthfully and in detail: *the account adhered firmly to fact.*

**ad·her·ent** /ədˈhi(ə)rənt; -ˈher-/ ▶n. someone who supports a particular party, person, or set of ideas: *he was a strong adherent of monetarism.*
▶*adj.* sticking fast to an object or surface. —**ad·her·ence** *n.*

**ad·he·sion** /ədˈhēZHən/ ▶n. **1** the action or process of adhering to or gripping a surface or object: *the adhesion of the Scotch tape to the paper.* **2** *Med.* an abnormal union of membranous surfaces due to inflammation or injury.

**ad·he·sive** /ədˈhēsiv; -ziv/ ▶*adj.* able to stick fast to a surface or object; sticky: *an adhesive label.*
▶n. a substance used for sticking objects or materials together; glue. —**ad·he·sive·ly** *adv.* —**ad·he·sive·ness** *n.*

**ad hoc** /ˈad ˈhäk; ˈhōk/ ▶*adj.* & *adv.* formed, arranged, or done for a particular purpose only: [as *adj.*] *an ad hoc committee.* | [as *adv.*] *a group constituted ad hoc.*

**a·dieu** /əˈd(y)o͞o; äˈdyœ/ *chiefly poetic/lit.* ▶*interj.* another term for GOODBYE.
▶n. (pl. **a·dieus** or **a·dieux**) a goodbye: *he whispered a fond adieu.*

**ad·i·os** /ˌädēˈōs; ˌadē-/ ▶*interj.* & *n.* Spanish term for GOODBYE.

**ad·i·pose** /ˈadəˌpōs/ ▶*adj. technical* (esp. of body tissue) used for the storage of fat. —**ad·i·pos·i·ty** /ˌadəˈpäsitē/ *n.*

**ad·ja·cent** /əˈjāsənt/ ▶*adj.* **1** next to or adjoining something else: *adjacent rooms | the area adjacent to the fire station.* **2** *Geom.* (of angles) having a common vertex and a common side. —**ad·ja·cen·cy** *n.*

**ad·jec·tive** /ˈajiktiv/ ▶n. *Gram.* a word or phrase naming an attribute, added to or grammatically related to a noun to modify or describe it. —**ad·jec·ti·val** /ˌajikˈtīvəl/ *adj.* —**ad·jec·ti·val·ly** /ˌajikˈtīvəlē/ *adv.*

**ad·join** /əˈjoin/ ▶v. [tr.] be next to and joined with (a building, room, or piece of land): *the dining room adjoins a small library.*

**ad·journ** /əˈjərn/ ▶v. [tr.] (usu. **be adjourned**) break off (a meeting, legal case, or game) with the intention of resuming it later: *the meeting was adjourned until December 4* [intr.] *let's adjourn and reconvene at 2 o'clock.* ■ [intr.] (of people who are together) go somewhere else, typically for refreshment: *they adjourned to a local bar.* ■ put off or postpone (a resolution or sentence). ▷Middle English (in the sense 'summon someone to appear on a particular day'): from Old French *ajorner*, from the phrase *a jorn (nome)* 'to an (appointed) day.' —**ad·journ·ment** *n.*

**ad·judge** /əˈjəj/ ▶v. [tr.] (usu. **be adjudged**) consider or declare to be true or the case: *she was adjudged guilty.* ■ (**adjudge something to**) (in legal use) award something judicially to (someone): *the court adjudged legal damages to her.* ■ (in legal use) condemn (someone) to pay a penalty. —**ad·judg·ment** (also **ad·judge·ment**) *n.*

**ad·ju·di·cate** /əˈjo͞odiˌkāt/ ▶v. [intr.] make a formal judgment or decision about a problem or disputed matter: *the committee adjudicates on all betting disputes* | [tr.] *the case was adjudicated in the Supreme Court.* ■ act as a judge in a competition. ■ [tr.] pronounce or declare judicially: *he was adjudicated bankrupt.* —**ad·ju·di·ca·tion** /əˌjo͞odiˈkāSHən/ *n.* —**ad·ju·di·ca·tive** /-ˌkātiv/ *adj.* —**ad·ju·di·ca·tor** /-ˌkātər/ *n.*

**ad·junct** /ˈajəNGkt/ ▶n. **1** a thing added to something else as a supplementary rather than an essential part: *computer technology is an adjunct to learning.* ■ a person who is another's assistant or subordinate. **2** *Gram.* a word or phrase used to amplify or modify the meaning of another word or words in a sentence.
▶*adj.* connected or added to something, typically in an auxiliary way: *other adjunct therapies include immunotherapy.* ■ (of an academic post) attached to the staff of a college in a temporary or assistant capacity: *an adjunct professor.* [as *n.*] *both adjuncts and tenured professors.* —**ad·junc·tive** /əˈjəNG(k)tiv/ *adj.*

**ad·jure** /əˈjo͝or/ ▶v. [tr.] *formal* urge or request (someone) solemnly or earnestly to do something: *I adjure you to tell me the truth.* —**ad·ju·ra·tion** /ˌajəˈrāSHən/ *n.* —**ad·jur·a·to·ry** /-əˌtôrē/ *adj.*

**ad·just** /əˈjəst/ ▶v. **1** [tr.] alter or move (something) slightly in order to achieve the desired fit, appearance, or result: *he smoothed his hair and adjusted his tie.* ■ [intr.] permit small alterations or movements so as to allow a desired fit, appearance, or result to be achieved: *a harness that adjusts to the correct fit.* ■ [intr.] adapt or become used to a new situation: *she must be allowed to grieve and to adjust in her own way | his eyes had adjusted to semidarkness.* **2** [tr.] assess (loss or damages) when settling an insurance claim. —**ad·just·a·bil·i·ty** /əˌjəstəˈbilitē/ *n.* —**ad·just·a·ble** *adj.* —**ad·just·er** *n.* —**ad·just·ment** *n.*

**ad·just·a·ble rate mort·gage** (abbr.: **ARM**) ▶n. a mortgage whose rate of interest is adjusted periodically to reflect market conditions. Also called VARIABLE RATE MORTGAGE.

**ad·ju·tant** /ˈajətənt/ ▶n. **1** a military officer who acts as an administrative assistant to a senior officer. ■ a person's assistant or deputy. **2** (also **adjutant stork** or **adjutant bird**) a large black-and-white stork (genus *Leptoptilos*) with a massive bill and a bare head and neck, found in India and Southeast Asia. —**ad·ju·tan·cy** *n.*

**ad lib** /ˈad ˈlib/ ▶v. (**ad libbed, ad lib·bing**) [intr.] speak or perform in public without previously preparing one's words: *Charles had to ad lib because he'd forgotten his script* | [tr.] *she ad libbed half the speech.*
▶n. something spoken or performed in such a way.
▶*adv.* & *adj.* **1** spoken or performed without previous preparation: *an ad lib commentary* | [as *adv.*] *speaking ad lib.* **2** as much and as often as desired: [as *adv.*] *the price includes meals and drinks ad lib* | [as *adj.*] *the pigs are fed on an ad lib system.*

**ad·man** /ˈadˌman/ ▶n. (pl. **-men**) *inf.* a person who works in advertising.

**ad·min·is·ter** /ədˈminəstər/ ▶v. [tr.] **1** manage and be responsible for the running of (a business, organization, etc.). ■ be responsible for the implementation or use of (law or resources). **2** dispense or apply (a remedy or drug). ■ deal out or inflict (punishment): *retribution was administered to those found guilty.* ■ (of a priest) perform the rites of (a sacrament, typically the Eucharist). ■ *archaic* or *Law* direct the taking of (an oath): *the chief justice will administer the oath of office.* **3** [intr.] give help or service: *we must selflessly administer to his needs.* —**ad·min·is·tra·ble** /-strəbəl/ *adj.*

**ad·min·is·trate** /ədˈminəˌstrāt/ ▶v. [tr.] less common term for ADMINISTER (sense 1).

**ad·min·is·tra·tion** /ədˌminəˈstrāSHən/ (abbr.: **admin.**) ▶n. **1** the process or activity of running a business, organization, etc.: *the day-to-day administration of the company.* ■ **(the administration)** the people responsible for this, regarded collectively: *the university administration took their demands seriously.* ■ the management of public affairs; government: *the inhabitants voted to remain under French administration.* ■ *Law* the management and disposal of the property of an intestate, deceased person, debtor, or other individual, or of an insolvent company, by a legally appointed administrator: *the company went into administration.* **2** the officials in the executive branch of government under a particular chief executive: *the Bush Administration's demand.* ■ the term of office of a political leader or government: *the early years of the Reagan Administration.* ■ a government agency: *the U.S. Food and Drug Administration.* **3** the action of dispensing, giving, or applying something. *the administration of justice.*

**ad·min·is·tra·tive** /ədˈminiˌstrātiv; -strətiv/ ▶*adj.* of or relating to the running of a business, organization, etc. —**ad·min·is·tra·tive·ly** *adv.*

**ad·min·is·tra·tor** /ədˈminəˌstrātər/ ▶n. a person responsible for running a business, organization, etc. ■ *Law* a person legally appointed to manage and dispose of the estate of an intestate, deceased person, debtor, or other individual, or of an insolvent company. ■ a person who performs official duties in some sphere: *administrators of justice.*

**ad·mi·ra·ble** /ˈadmərəbəl/ ▶*adj.* arousing or deserving respect and approval: *he has one admirable quality—he is totally honest | what is admirable in one sex is disdained in the other.* —**ad·mi·ra·bly** /-blē/ *adv.*

Pronunciation Key ə *ago, up*; ər *over, fur*; a *hat*; ā *ate*; ä *car*; CH *chin*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *law, for*; oi *toy*; o͞o *good*; o͞o *goo*; ou *out*; SH *she*; TH *thin*; T͟H *then*; (h)w *why*; ZH *vision*