# EXHIBIT 5


Case 1:22-cv-00094-CJW-KEM    Document 53-5    Filed 05/30/23    Page 2 of 5

J&M 014368

# *The* American Heritage® College Dictionary

FOURTH EDITION



Houghton Mifflin Company
Boston · New York

Case 1:22-cv-00094-CJW-KEM   Document 53-5   Filed 05/30/23   Page 3 of 5

J&M-014369

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2007, 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-83595-9
ISBN-10: 0-618-83595-4

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
   p.cm.
  Based on the fourth ed. of the American Heritage dictionary.
  ISBN 0-618-09848-8 (thumb edge) --
  ISBN 0-618-19604-8 (deluxe binding)
  1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
                                          2001039826

Manufactured in the United States of America

J&M-014370

**ad·i·a·bat·ic** (ăd′ē-ə-băt′ĭk, ā′dī-ə-) *adj.* Of, relating to, or being a reversible thermodynamic process occurring without gain or loss of heat or change in entropy. [< Gk. *adiabatos*, impassable : *a-*, not; see A-¹ + *diabatos*, passable (*dia-*, dia- + *batos*, passable < *bainein*, to go; see g<sup>w</sup>ā- in App.).] —**ad′i·a·bat′i·cal·ly** *adv.*

**a·dieu** (ə-dyōō′, ə-dōō′) *interj.* Used to express farewell. ❖ *n., pl.* **a·dieus** or **a·dieux** (ə-dyōōz′, ə-dōōz′) A farewell. [ME < OFr. *a dieu*, (I commend you) to God : *a*, to (< Lat. *ad*) + *Dieu*, God (< Lat. *deus*; see dyeu- in App.).]

**A·di·ge** (ä′dĭ-jā′, ä′dĕ-jĕ′) A river of NE Italy rising in the Alps and flowing c. 410 km (255 mi) to the Adriatic Sea.

**ad in·fi·ni·tum** (ăd ĭn′fə-nī′təm) *adv. & adj.* To infinity; having no end. [Lat. *ad*, to + *infinitum*, accusative of *infinitus*, infinite.]

**ad in·ter·im** (ĭn′tər-əm) *adv.* In or for the meantime; temporarily. ❖ *adj.* Acting or done ad interim; temporary. [Lat. *ad*, to, for + *interim*, the meantime.]

**ad·i·os** (ä′dē-ōs′) *interj.* Used to express farewell. [Sp. *adiós*, prob. transl. of French *à dieu*. See ADIEU.]

**a·dip·ic acid** (ə-dĭp′ĭk) *n.* A white crystalline dicarboxylic acid, $C_6H_{10}O_4$, that is derived from oxidation of various fats, is slightly soluble in water, and is used esp. in the manufacture of nylon. [< Lat. *adeps*, *adip-*, fat.]

**ad·i·po·cere** (ăd′ə-pō-sîr′) *n.* A brown, fatty waxlike substance that forms on dead animal tissues in response to moisture. [ADIPO(SE) + Lat. *cera*, wax.]

**ad·i·po·cyte** (ăd′ə-pō-sīt′) *n.* See **fat cell**.

**ad·i·pose** (ăd′ə-pōs′) *adj.* Of, relating to, or composed of animal fat; fatty. ❖ *n.* The fat found in adipose tissue. [NLat. *adiposus* < Lat. *adeps*, *adip-*, fat.]

**adipose tissue** *n.* A type of connective tissue that contains stored cellular fat.

**Ad·i·ron·dack chair** (ăd′ə-rŏn′dăk′) *n.* An outdoor armchair having an angled back and seat made of wide, usu. wooden slats.

**Adirondack Mountains** A group of mountains in NE NY between the St. Lawrence R. and the Mohawk R. Part of the Appalachian system, the range rises to 1,629.9 m (5,344 ft).

**ad·it** (ăd′ĭt) *n.* An almost horizontal entrance to a mine. [Lat. *aditus*, access < p. part. of *adire*, to approach : *ad-*, ad + *ire*, to go; see ei- in App.]

**adj.** *abbr.* **1.** adjective **2.** adjunct **3. Adj.** adjutant

**ad·ja·cen·cy** (ə-jā′sən-sē) *n., pl.* **-cies 1.** The state of being adjacent; contiguity. **2.** A thing that is adjacent.

**ad·ja·cent** (ə-jā′sənt) *adj.* **1.** Close to; lying near: *adjacent cities.* **2.** Next to; adjoining: *adjacent garden plots.* [ME < Lat. *adiacēns*, *adiacent-*, pr. part. of *adiacēre*, to lie near : *ad-*, ad- + *iacēre*, to lie.] —**ad·ja′cent·ly** *adv.*

**adjacent angle** *n.* Either of two angles having a common side and a common vertex.

**ad·jec·tive** (ăj′ĭk-tĭv) *n.* **1.** *Grammar* The part of speech that modifies a noun or other substantive by limiting, qualifying, or specifying and often distinguished in English by one of several suffixes, such as *-ous*, *-er*, and *-est*, or by preceding a noun or nominal phrase. **2.** A word belonging to this part of speech. ❖ *adj.* **1.** *Grammar* Of, relating to, or functioning as an adjective. **2.** Not standing alone; derivative or dependent. [ME < OFr. *adjectif* < LLat. *adiectīvus* < *adiectus*, p. part. of *adicere*, to add to : *ad-*, ad- + *iacere*, to throw.] —**ad′jec·ti′val** (-tī′vəl) *adj.* —**ad′jec·ti′val·ly** *adv.* —**ad′jec·tive·ly** *adv.*

**ad·join** (ə-join′) *v.* **-joined, -join·ing, -joins** —*tr.* **1.** To be next to; be contiguous to: *property that adjoins ours.* **2.** To attach; append. —*intr.* To be contiguous. [ME *ajoinen* < OFr. *ajoindre*, *ajoin-* < Lat. *adiungere*, to join to : *ad-*, ad- + *iungere*, to join; see yeug- in App.]

**ad·join·ing** (ə-joi′nĭng) *adj.* Neighboring; contiguous.

**ad·journ** (ə-jûrn′) *v.* **-journed, -journ·ing, -journs** —*tr.* To suspend until a later stated time. —*intr.* **1.** To suspend proceedings to another time or place. **2.** To move from one place to another: *We adjourned to the living room.* [ME *ajournen* < OFr. *ajourner* : *a-*, to (< Lat. *ad-*; see AD-) + *jour*, day (< LLat. *diurnum* < Lat. *diurnus*, daily < *dies*, day; see dyeu- in App.).] —**ad·journ′ment** *n.*

**Adjt.** *abbr.* adjutant

**ad·judge** (ə-jŭj′) *tr.v.* **-judged, -judg·ing, -judg·es 1a.** To determine or decide by judicial procedure; adjudicate. **b.** To order judicially; rule. **c.** To award by law. **d.** To sentence; condemn. **2.** To regard or deem. [ME *ajugen* < OFr. *ajuger* < Lat. *adiūdicāre*. See ADJUDICATE.]

**ad·ju·di·cate** (ə-jōō′dĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates** —*tr.* **1.** To hear and settle (a case). **2.** To study and settle (a dispute). —*intr.* To act as a judge. [Lat. *adiūdicāre*, *adiūdicāt-*, to award to (judicially) : *ad-*, ad- + *iūdicāre*, to judge (< *iūdex*, judge; see JUDGE).] —**ad·ju′di·ca′tion** *n.* —**ad·ju′di·ca′tive** *adj.* —**ad·ju′di·ca′tor** *n.*

**ad·junct** (ăj′ŭngkt′) *n.* **1.** Something attached to another in a dependent or subordinate position. **2.** A person associated with another in a subordinate or auxiliary capacity. **3.** *Grammar* A clause or phrase added to a sentence that amplifies its meaning. ❖ *adj.* **1.** Added or connected in a subordinate or auxiliary capacity. **2.** Attached to a faculty or staff in a temporary or auxiliary capacity: *an adjunct professor of history.* [< Lat. *adiūnctus*, p. part. of *adiungere*, to join to. See ADJOIN.] —**ad·junc′tion** (ə-jŭngk′shən) *n.* —**ad·junc′tive** *adj.*

**ad·ju·ra·tion** (ăj′ə-rā′shən) *n.* An earnest, solemn appeal. —**ad·jur′a·to′ry** (ə-jŏŏr′ə-tôr′ē, -tōr′-) *adj.*

**ad·jure** (ə-jŏŏr′) *tr.v.* **-jured, -jur·ing, -jures 1.** To command or enjoin solemnly, as under oath. **2.** To appeal to or entreat earnestly. [ME *adjuren* < Lat. *adiūrāre*, to swear to : *ad-*, ad- + *iūrāre*, to swear.] —**ad·jur′er, ad·ju′ror** *n.*

**ad·just** (ə-jŭst′) *v.* **-just·ed, -just·ing, -justs** —*tr.* **1.** To change so as to match or fit. **2.** To bring into proper relationship. **3.** To adapt or conform, as to new conditions. See Syns at **adapt**. **4.** To make more effective or efficient: *adjust the timing of a car.* **5.** To settle; resolve. **6.** To decide how much is to be paid on (an insurance claim). —*intr.* To adapt oneself; conform. [Obsolete Fr. *adjuster* < OFr. *ajoster* < VLat. **adiūxtāre*, to put close to : Lat. *ad-*, ad- + Lat. *iūxtā*, near; see yeug- in App.] —**ad·just′a·ble** *adj.* —**ad·just′a·bly** *adv.* —**ad·just′er, ad·jus′tor** *n.*

**ad·just·a·ble-rate mortgage** (ə-jŭst′ə-bəl-rāt′) *n.* A mortgage whose interest rate is raised or lowered at periodic intervals according to the prevailing interest rates in the market.

**ad·just·ed** (ə-jŭs′tĭd) *adj.* **1.** Arranged or changed so as to match, conform, or function, esp. in a specified way: *an improperly adjusted scale.* **2.** Having achieved psychological balance, esp. regarding others or the demands of everyday life: *a poorly adjusted teenager.*

**ad·just·ment** (ə-jŭst′mənt) *n.* **1.** The act of adjusting or the state of being adjusted. **2.** A means of adjusting. **3.** Settlement of a debt or claim. **4.** A modification, fluctuation, or correction: *an adjustment on a bill.*

**ad·ju·tant** (ăj′ə-tənt) *n.* **1.** A staff officer who helps a commanding officer with administrative affairs. **2.** An assistant. **3.** See **marabou 1**. [< Lat. *adiūtāns*, *adiūtant-*, pr. part. of *adiūtāre*, to help. See AID.] —**ad′ju·tan·cy** *n.*

**adjutant general** *n., pl.* **adjutants general 1.** An adjutant of a unit having a general staff. **2.** An officer in charge of the National Guard in one of the US states. **3. Adjutant General** The chief administrative officer, a major general, of the US Army.

**adjutant stork** *n.* See **marabou 1**.

**ad·ju·vant** (ăj′ə-vənt) *n.* **1.** An agent added to a drug to increase or aid its effect. **2.** An immunological agent that increases antigenic response. [< Lat. *adiuvāns*, *adiuvant-*, pr. part. of *adiuvāre*, to help. See AID.]

**ADL** *abbr.* **1.** activities of daily living **2.** Anti-Defamation League

**Ad·ler** (ăd′lər, äd′-), Alfred 1870–1937. Austrian psychiatrist who theorized that neurotic behavior is an overcompensation for feelings of inferiority. —**Ad·le′ri·an** (ăd-lîr′ē-ən) *adj.*

**Ad·ler** (ăd′lər), Cyrus 1863–1940. Amer. religious leader who was president of the Jewish Theological Seminary of America (1924–40).

**Ad·ler** (ăd′lər), Mortimer Jerome 1902–2001. Amer. educator and philosopher whose works include *How to Read a Book* (1940).

**ad lib** (ăd lĭb′) *adv.* In an unrestrained manner; spontaneously. [Short for AD LIBITUM.]

**ad-lib** (ăd′lĭb′) *v.* **-libbed, -lib·bing, -libs** —*tr.* To improvise and deliver extemporaneously. —*intr.* To engage in improvisation, as in a speech. ❖ *n.* (ăd′lĭb′) Something, such as a joke, that is improvised. ❖ *adj.* Improvised; extemporaneous. —**ad-lib′ber** *n.*

**ad lib·i·tum** (ăd lĭb′ĭ-təm) *adj. Music* At the discretion of the performer. Used chiefly as a direction giving license to alter or omit a part. [Lat. *ad*, according to + *libitum*, p. part. of *libēre*, to please.]

**ad loc.** *abbr. Latin* ad locum (to, or at, the place)

**ADM** or **Adm.** *abbr.* admiral

**ad·man** (ăd′măn′) *n.* A man who designs, writes, acquires, or sells advertising.

**ad·meas·ure** (ăd-mĕzh′ər) *tr.v.* **-ured, -ur·ing, -ures** To divide and distribute proportionally; apportion. [ME *amesuren* < OFr. *amesurer* : *a-*, to (< Lat. *ad-*; see AD-) + *mesurer*, to measure (< LLat. *mēnsūrāre*, to measure < Lat. *mēnsūra*, measure; see MEASURE).] —**ad·meas′ure·ment** *n.* —**ad·meas′ur·er** *n.*

**Ad·me·tus** (ăd-mē′təs) *n. Greek Mythology* A king of Thessaly and husband of Alcestis.

**ad·min·is·ter** (ăd-mĭn′ĭ-stər) *v.* **-tered, -ter·ing, -ters** —*tr.* **1.** To have charge of; manage. **2a.** To give or apply in a formal way: *administer the last rites.* **b.** To apply as a remedy: *administer a sedative.* **c.** To direct the taking of (an oath). **3.** To mete out; dispense: *administer justice.* **4.** To manage or dispose of (a trust or estate) under a will or official appointment. **5.** To impose, offer, or tender (an oath, for example). —*intr.* **1.** To manage as an administrator. **2.** To minister: *administering to every whim.* [ME *administren* < OFr. *administrer* < Lat. *administrāre* : *ad*, ad- + *ministrāre*, to serve (< *minister*, *ministr-*, servant; see MINISTER).] —**ad·min′is·tra·ble** (-ĭ-strə-bəl) *adj.* —**ad·min′is·trant** *adj. & n.*

**ad·min·is·trate** (ăd-mĭn′ĭ-strāt′) *tr.v.* **-trat·ed, -trat·ing, -trates** To administer.

**ad·min·is·tra·tion** (ăd-mĭn′ĭ-strā′shən) *n.* **1.** The act or process of administering, esp. the management of a government or large institution. **2.** The activity of a government or state in the exercise of its powers and duties. **3a.** often **Administration** The



**Adirondack chair**



**adit**
Eureka Mine, Death Valley, California



**adjacent angle**
The common vertex is O; angle AOB is adjacent to angle BOC.

| ă | pat | oi | boy |
|---|---|---|---|
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ōō | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | *th* | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

*Stress marks:*
′ (primary);
′ (secondary), as in
lexicon (lĕk′sĭ-kŏn′)

Case 1:22-cv-00094-CJW-KEM   Document 53-5   Filed 05/30/23   Page 5 of 5
J&M-014371