# EXHIBIT 6

America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

New Ways to Find the Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

Case 1:22-cv-00094-CJW-KEM   Document 53-6   Filed 05/30/23   Page 2 of 5

J&M-014360

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Case 1:22-cv-00094-CJW-KEM   Document 53-6   Filed 05/30/23   Page 3 of 5   J&M-014361



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
   p. cm.
Includes index.
ISBN-13: 978-0-87779-807-1 (Laminated unindexed : alk. paper)
ISBN-10: 0-87779-807-9 (Laminated unindexed : alk. paper)
ISBN-13: 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
ISBN-10: 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper)
ISBN-13: 978-0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-10: 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-810-1 (Leatherlook with CD-ROM : alk. paper)
ISBN-10: 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-813-2 (Canadian)
ISBN-10: 0-87779-813-3 (Canadian)
ISBN-13: 978-0-87779-814-9 (International)
ISBN-10: 0-87779-814-1 (International)
  1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36   2003                        2003003674
423—dc21                                       CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

¹**as far as** *conj* (14c) : to the extent or degree that ⟨is safe, *as far as* we know⟩ — often used in expressions like "as far as (something) goes" and "as far as (something) is concerned" to mean "with regard to (something)" ⟨we felt pretty safe *as far as* the fire was concerned —Mark Twain⟩ or in expressions like "as far as (someone) is concerned" to mean "in (someone's) opinion" ⟨*as far as* I'm concerned, it's a mistake⟩

²**as far as** *prep* (1523) : with regard to : CONCERNING ⟨neatly groomed and, *as far as* clothes, casual looking —*N.Y. Times*⟩ ⟨*as far as* being mentioned in the Ten Commandments, I think it is —Billy Graham⟩ — chiefly in oral use

**as for** *prep* (15c) : with regard to : CONCERNING ⟨*as for* the others, they'll arrive later⟩

**As·gard** \'as-gärd, 'az-\ *n* [ON *ásgarthr*] (1806) : the home of the Norse gods

**asgd** *abbr* assigned

**asgmt** *abbr* assignment

¹**ash** \'ash\ *n* [ME *asshe*, fr. OE *æsc*; akin to OHG *ask* ash, L *ornus* mountain ash] (bef. 12c) 1 : any of a genus (*Fraxinus*) of trees of the olive family with pinnate leaves, thin furrowed bark, and gray branchlets 2 : the tough elastic wood of an ash 3 [OE *æsc*, name of the corresponding runic letter] : the ligature æ used in Old English and some phonetic alphabets to represent a low front vowel \a\


¹ash 1

²**ash** *n, often attrib* [ME *asshe*, fr. OE *asce* — more at ARID] (bef. 12c) 1 : something that symbolizes grief, repentance, or humiliation 2 a : the solid residue left when combustible material is thoroughly burned or is oxidized by chemical means   b : fine particles of mineral matter from a volcanic vent 3 *pl* : the remains of the dead human body after cremation or disintegration 4 *pl* : deathly pallor ⟨the lip of ~es and the cheek of flame —Lord Byron⟩ 5 *pl* : RUINS — **ash·less** \-ləs\ *adj*

³**ash** *vt* (ca. 1894) : to convert into ash

**ashamed** \ə-'shāmd\ *adj* [ME, fr. OE *āscamod*, pp. of *āscamian* to shame, fr. *ā-* (perfective prefix) + *scamian* to shame — more at ABIDE, SHAME] (bef. 12c) 1 a : feeling shame, guilt, or disgrace   b : feeling inferior or unworthy 2 : restrained by anticipation of shame ⟨was ~ to beg⟩ — **asham·ed·ly** \-'shā-məd-lē\ *adv*

**Ashan·ti** \ə-'shan-tē, -'shän-\ *n, pl* **Ashanti** *or* **Ashantis** [ultim. fr. Twi *asántē*] (1721) 1 : a member of a people of southern Ghana 2 : the dialect of Akan spoken by the Ashanti people

**ash–blond** *or* **ash–blonde** \'ash-'bländ\ *adj* (1865) : pale or grayish blond ⟨~ hair⟩

**Ash·can** \'ash-ˌkan\ *adj* (1939) : of or relating to a group of 20th century American painters who depicted city life realistically ⟨~ school⟩

**ash can** *n* (1894) 1 : a metal receptacle for refuse 2 *slang* : DEPTH CHARGE

¹**ash·en** \'a-shən\ *adj* (bef. 12c) : of, relating to, or made from ash wood

²**ashen** *adj* (14c) : resembling ashes (as in color); *esp* : deadly pale ⟨a face ~ and haggard⟩

**Ash·er** \'a-shər\ *n* [Heb *Āshēr*] (14c) : a son of Jacob and the traditional eponymous ancestor of one of the tribes of Israel

**ash·fall** \'ash-ˌfȯl\ *n* (1923) : a deposit of volcanic ash

**Ash·ke·na·zi** \ˌäsh-kə-'nä-zē, ˌash-kə-'na-\ *n, pl* **-na·zim** \-'nä-zəm, -'na-\ [LHeb *Ashkěnāzî*, fr. *Ashkěnāz*, medieval rabbinical name for Germany] (1839) : a member of one of the two great divisions of Jews comprising the eastern European Yiddish-speaking Jews — compare SEPHARDI — **Ash·ke·naz·ic** \-'nä-zik, -'na-\ *adj*

**ash·lar** \'ash-lər\ *n* [ME *asheler*, fr. AF *aiseler*, fr. OF, traverse beam, fr. *aissele*, dim. of *ais* plank, fr. L *axis*, alter. of *assis*] (14c) 1 : hewn or squared stone; *also* : masonry of such stone 2 : a thin squared and dressed stone for facing a wall of rubble or brick

**ashore** \ə-'shȯr\ *adv* (ca. 1536) : on or to the shore

**as how** *conj* (1741) : THAT ⟨allowed *as how* she was glad to be here⟩

**ash·ram** \'äsh-rəm, -ˌräm; 'ash-ˌram\ *n* [Skt *āśrama*, fr. *śrama* religious exercise] (1917) 1 : a secluded dwelling of a Hindu sage; *also* : the group of disciples instructed there 2 : a religious retreat

**Ash·to·reth** \'ash-tə-ˌreth\ *n* [Heb *'Ashtōreth*] (1855) : ASTARTE

**ash·tray** \'ash-ˌtrā\ *n* (1876) : a receptacle for tobacco ashes and for cigar and cigarette butts

**Ashur** \'ä-ˌshu̇r\ *n* [Akkadian *Ashūr*] (1589) : the chief deity of the Assyrians

**Ash Wednesday** *n* (14c) : the first day of Lent — see EASTER table

**ashy** \'a-shē\ *adj* **ash·i·er**; **-est** (14c) 1 : of or relating to ashes 2 : ASHEN

**ASI** *abbr* airspeed indicator

**Asi·a·go** \ˌä-zhē-'ä-(ˌ)gō, ˌä-sē-, -shē-\ *n* [*Asiago*, town in Italy] (1938) : a pungent hard yellow cheese of Italian origin suitable for grating

¹**Asian** \'ā-zhən *also* -shən\ *adj* (1550) : of, relating to, or characteristic of the continent of Asia or its people

²**Asian** *n* (1555) 1 : a native or inhabitant of Asia 2 : a person of Asian descent

**Asian–Amer·i·can** \ā-zhən-ə-'mer-ə-kən\ *n* (1973) : an American of Asian descent — **Asian–American** *adj*

**Asian elephant** *n* (1818) : ELEPHANT 1b

**Asian influenza** *n* (1957) : influenza caused by a mutant strain of the influenza virus isolated during the 1957 epidemic in Asia — called also *Asian flu*

**Asian pear** *n* (1983) : any of various pears chiefly of Japanese and Chinese origin that have crisp juicy flesh, usu. resemble an apple in shape, and typically have yellow, brown, or green skin

**Asian tiger mosquito** *n* (1986) : a black-and-white striped Asian mosquito (*Aedes albopictus*) that is a vector of several diseases (as dengue) and has been introduced into the U.S.

**Asi·at·ic** \ˌā-zhē-'a-tik, -zē-\ *adj* (1602) *sometimes offensive* : ASIAN — **Asiatic** *n, sometimes offensive*

**Asiatic cholera** *n* (1831) : cholera of Asian origin that is caused by virulent strains of the cholera vibrio (*Vibrio cholerae*)

**Asiatic elephant** *n* (1803) : ELEPHANT 1b

¹**aside** \ə-'sīd\ *adv* (14c) 1 : to or toward the side ⟨stepped ~⟩ 2 : away from others or into privacy ⟨pulled him ~⟩ 3 : out of the way, esp. for future use : AWAY ⟨putting ~ savings⟩ 4 : away from one's thought or consideration ⟨jesting ~⟩

²**aside** *prep* (1592) *obs* : BEYOND, PAST

³**aside** *n* (ca. 1751) 1 : an utterance meant to be inaudible to someone; *esp* : an actor's speech heard by the audience but supposedly not by other characters 2 : a straying from the theme : DIGRESSION

**aside from** *prep* (1818) 1 : in addition to : BESIDES 2 : EXCEPT FOR

**as if** *conj* (13c) 1 : as it would be if ⟨it was *as if* he had lost his last friend⟩ 2 : as one would do if ⟨he ran *as if* ghosts were chasing him⟩ 3 : THAT ⟨it seemed *as if* the day would never end⟩

**as·i·nine** \'a-sə-ˌnīn\ *adj* [L *asininus*, fr. *asinus* ass] (15c) 1 : extremely or utterly foolish ⟨an ~ excuse⟩ 2 : of, relating to, or resembling an ass    *syn* see SIMPLE — **as·i·nine·ly** *adv* — **as·i·nin·i·ty** \ˌa-sə-'ni-nə-tē\ *n*

¹**ask** \'ask, 'äsk; *dial* 'aks\ *vb* **asked** \'as(k)t, 'äs(k)t, 'askt; *dial* 'akst\; **ask·ing** [ME, fr. OE *āscian*; akin to OHG *eiscōn* to ask, Lith *ieškoti* to seek, Skt *icchati* he seeks] *vt* (bef. 12c) 1 a : to call on for an answer ⟨she ~ed him about his trip⟩   b : to put a question about ⟨~ing her whereabouts⟩   c : SPEAK, UTTER ⟨~ a question⟩ 2 a : to make a request of ⟨she ~ed her teacher for help⟩   b : to make a request for ⟨she ~ed help from her teacher⟩ 3 : to call for : REQUIRE ⟨a challenge that will ~⟩ 4 : to set as a price ⟨~ed $3000 for the car⟩ 5 : INVITE ~ *vi* 1 : to seek information 2 : to make a request ⟨~ed for food⟩ 3 : LOOK — often used in the phrase *ask for trouble* — **ask·er** *n*

*syn* ASK, QUESTION, INTERROGATE, QUERY, INQUIRE mean to address a person in order to gain information. ASK implies no more than the putting of a question ⟨*ask* for directions⟩. QUESTION usu. suggests the asking of series of questions ⟨*questioned* them about every detail of the trip⟩. INTERROGATE suggests formal or official systematic questioning ⟨the prosecutor *interrogated* the witness all day⟩. QUERY implies a desire for authoritative information or confirmation ⟨*queried* the librarian about the book⟩. INQUIRE implies a searching for facts or for truth often specifically by asking questions ⟨began to *inquire* of friends and teachers what career she should pursue⟩.

*syn* ASK, REQUEST, SOLICIT mean to seek to obtain by making one's wants known. ASK implies no more than the statement of the desire ⟨*ask* a favor of a friend⟩. REQUEST implies greater formality and courtesy ⟨*requests* the pleasure of your company⟩. SOLICIT suggests a calling attention to one's wants or desires by public announcement or advertisement ⟨a letter *soliciting* information⟩.

**askance** \ə-'skan(t)s\ *also* **askant** \-'skant\ *adv* [origin unknown] (ca. 1530) 1 : with a side-glance : OBLIQUELY 2 : with disapproval or distrust : SCORNFULLY ⟨they eyed the stranger ~⟩

**askesis** *var of* ASCESIS

**askew** \ə-'skyü\ *adv or adj* [prob. fr. ¹*a-* + *skew*] (1567) : out of line : AWRY ⟨the picture hung ~⟩ — **askew·ness** *n*

**asking price** *n* (1755) : the price at which something is offered for sale

**ASL** *abbr* American Sign Language

¹**aslant** \ə-'slant\ *adv or adj* (14c) : in a slanting direction : OBLIQUELY

²**aslant** *prep* (1596) : over or across in a slanting direction

¹**asleep** \ə-'slēp\ *adj* [ME *aslepe*, fr. OE *on slǣpe*] (13c) 1 : being in a state of sleep 2 : DEAD 3 : lacking sensation : NUMB 4 a : INACTIVE, DORMANT   b : not alert : INDIFFERENT

²**asleep** *adv* (13c) 1 : into a state of sleep 2 : into the sleep of death 3 : into a state of inactivity, sluggishness, or indifference

**as long as** *conj* (15c) 1 : provided that ⟨can do as they like *as long as* they have a B average⟩ 2 : INASMUCH AS, SINCE ⟨*as long as* you're going, I'll go too⟩

**aslope** \ə-'slōp\ *adj or adv* (14c) : being in a sloping or slanting position or direction

**aso·cial** \(ˌ)ā-'sō-shəl\ *adj* (1883) : not social: as   a : rejecting or lacking the capacity for social interaction   b : ANTISOCIAL

**as of** *prep* (1900) : ON, AT, FROM — used to indicate a time or date at which something begins or ends ⟨takes effect *as of* July 1⟩

¹**asp** \'asp\ *n* [ME, fr. OE *æspe*] (bef. 12c) : ASPEN

²**asp** *n* [ME *aspis*, fr. L, fr. Gk] (14c) : a small venomous snake of Egypt usu. held to be a cobra (*Naja haje*)

**as·par·a·gine** \ə-'sper-ə-ˌjēn, -'spa-rə-\ *n* [F, fr. L *asparagus*] (1813) : a nonessential amino acid $C_4H_8N_2O_3$ that is an amide of aspartic acid

**as·par·a·gus** \ə-'sper-ə-gəs, -'spa-rə-\ *n, pl* **-gus** [NL, genus name, fr. L, asparagus plant, fr. Gk *asparagos*; perh. akin to Gk *spargan* to swell] (1545) : any of a genus (*Asparagus*) of Old World perennial plants of the lily family having much-branched stems, minute scalelike leaves, and narrow usu. filiform branchlets that function as leaves; *esp* : one (*A. officinalis*) widely cultivated for its edible young shoots

**as·par·tame** \'as-pər-ˌtām, ə-'spär-ˌtām\ *n* [*aspartic* acid + *phenylalanine* + *methyl* + *ester*] (1972) : a crystalline compound $C_{14}H_{18}N_2O_5$ that is a diamide synthesized from phenylalanine and aspartic acid and that is used as a low-calorie sweetener

**as·par·tate** \ə-'spär-ˌtāt\ *n* (1863) : a salt or ester of aspartic acid

**as·par·tic acid** \ə-'spär-tik-\ *n* [ISV, irreg. fr. L *asparagus*] (1863) : a crystalline amino acid $C_4H_7NO_4$ found esp. in plants

**ASPCA** *abbr* American Society for the Prevention of Cruelty to Animals

**as·pect** \'as-ˌpekt\ *n* [ME, fr. L *aspectus*, fr. *aspicere* to look at, fr. *ad-* + *specere* to look — more at SPY] (14c) 1 a : the position of planets or stars with respect to one another held by astrologers to influence human affairs; *also* : the apparent position (as conjunction) of a body in the solar system with respect to the sun   b : a position facing a particular direction : EXPOSURE ⟨the house has a southern ~⟩   c : the manner of presentation of a plane to a fluid through which it is moving or to a current 2 a (1) : appearance to the eye or mind   (2) : a particular appearance of countenance : MIEN   b : a particular status or phase in which something appears or may be regarded ⟨studied every ~ of the question⟩ 3 *archaic* : an act of looking : GAZE 4 a : the nature of the action of a verb as to its beginning, duration, completion, or repetition and without reference to its position in time   b : a set of inflected verb forms that indicate aspect — **as·pec·tu·al** \a-'spek-chə(-wə)l, -chü(-ə)l\ *adj*

Case 1:22-cv-00094-CJW-KEM   Document 53-6   Filed 05/30/23   Page 5 of 5    J&M-014363