IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| J&M MANUFACTURING CO, INC.,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>KINZE MANUFACTURING, INC.,<br><br>Defendant/Counter Claimant. | No. 22-CV-94 CJW-KEM<br><br>**ORDER SCHEDULING**<br>*MARKMAN* **HEARING** |

_____

The *Markman* hearing for this case is scheduled before the undersigned for **Friday, November 17, 2023, beginning at 8:30 a.m.;** Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa. The Court has allotted four (4) hours for this hearing.

**IT IS SO ORDERED** this 24th day of July, 2023.

_____
C.J. Williams
United States District Judge
Northern District of Iowa