# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
| J&M MANUFACTURING CO. INC., | ) | |
| | ) | Civil Action No. 1:22-CV-00094-CJW-KEM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge CJ Williams |
| | ) | Magistrate Judge Kelly K.E. Mahoney |
| KINZE MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SUSIE VEATCH IN SUPPORT OF RESISTANCE TO MOTION TO AMEND COMPLAINT

1.  I, Susie Veatch, being over the age of 18 years, and currently employed as President of Defendant Kinze Manufacturing, Inc. (Kinze) have personal knowledge of the case and the facts set forth herein.

2.  Beginning August 15, 2023, the Kinze Model 1051 single auger grain (1051) cart was on display at the Dakotafest farm show where it was openly available for public view and inspection throughout the entire event.

3.  On September 19-21, 2023, the 1051 was on display at The Ohio State University's Farm Science Review, and openly available for public view and inspection. Plaintiff J&M was also an exhibitor at this farm show.

EXHIBIT 1

4.     As of October 2023, Kinze's marketing brochure regarding the 1051 was publicly available and distributed.

5.     The geometric design of the spout mechanism for the 1051 subject to Plaintiff's Motion to Amend the Complaint and Motion to Amend the Preliminary Infringement Contentions differs from the geometry of the spout mechanism on the Accused Products in this case. For example, the design of the discharge spout on the 1051 single auger cart is rotated by comparison to the discharge design of the Model 1421 (dual auger grain cart), thus positioning the hinges of 1051 tip spout such that the spout is not parallel with the sidewall of the container of the single auger cart, nor horizontal.

6.     Irrespective of this differing geometric design, beginning with the 2024 Model 1051 single auger grain carts Kinze has made the corporate decision to no longer use this spout design, but to return to the original spout utilized when the 1051 was introduced and a shown in the below photograph:



Further declarant sayeth not.

2

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/12/2024 _____        _____ *Susanne Veatch* _____

Susie Veatch