**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| J&M MANUFACTURING CO. INC., | ) | |
| | ) | Civil Action No. 1:22-CV-00094-CJW-KEM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge CJ Williams |
| | ) | Magistrate Judge Kelly K.E. Mahoney |
| KINZE MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JOANN TUCKER**

I, Joann Tucker, being over 21 years old and competent to make this declaration, and having personal knowledge of the facts set forth herein, declare as follows:

1.      I am the Director of Finance and Business Operations for McKee, Voorhees & Sease, PLC, located at 801 Grand Ave. Suite 3200, Des Moines, Iowa 50309.

2.      As the Director of Finance and Business Operations, I am responsible for overseeing the billing of clients for the professional services provided to them by the firm.

3.      Attached hereto as Exhibit 1 is an itemization of billing records for this litigation from which entries have been modified to remove work performed for which reimbursement is not sought. Exhibit 1 includes the time spent, timekeeper, the timekeeper's hourly rate, and a summary of the work performed and paid for by Kinze Manufacturing Inc. ("Kinze") for which Kinze seeks reimbursement. Exhibit 1 does not include all of the work performed in this case nor all costs and expenses incurred as Kinze is not seeking reimbursement for certain activities and issues.

4. From the beginning of this case in August of 2022 through February 2025, total professional service fees invoiced to Kinze Manufacturing, Inc. are $1,468,584.10.

5. Below are the hourly rates charged and time spent by timekeeper (summarizing only the time sought as part of this motion):

| Time Keeper | Initials | '22 Rate | '23 Rate | '24 Rate | '25 Rate | Total Time Spent |
|---|---|---|---|---|---|---|
| *Partner or Of Counsel* | | | | | | |
| Glenn Johnson* | GLJ | $480 | $500 | $525 | $550 | 1014.4 |
| Michael Gilchrist* | MCG | - | $425 | $450 | $500 | 169.5 |
| Luke Mohrhauser* | LTM | $380 | $425 | $450 | - | 49.7 |
| Jonathan Kennedy* | JLK | $350 | $400 | $425 | $450 | 1228.1 |
| Sarah Luth* ‡ | SML | - | $300 | $350 | $400 | 338.47 |
| | | | | | | |
| *Associate Attorneys* | | | | | | |
| Nicholas Krob | NJK | $240 | $300 | $315 | - | 93.4 |
| Andrew Morgan | AJM | - | - | $325 | - | 244.6 |
| Joseph Hallman* | JMH | $210 | $250 | $275 | - | 471.9 |
| Jacob Blackford* | JSB | - | - | $200 | - | 191.5 |
| Connor Williams* | CSW | - | - | $200 | - | 3.8 |
| | | | | | | |
| *Law Clerks* | | | | | | |
| Jackson Westen | JRW | - | $100 | - | - | 21.81 |
| Nicholas Battaglia | NAB | - | $100 | - | - | 17.41 |
| | | | | | | |
| *Paralegals* | | | | | | |
| Monique Farrell | MLF | $75 | $100 | $100 | $125 | 26.95 |
| Lisa Larbi-Siaw | LAL | $75 | $100 | $100 | $125 | 46.7 |
| | | | | | | |

* Registered Patent Attorney
‡ In 2023 Sarah Luth was a Senior Associate, Sarah Luth became a partner in January 2024
- Indicates the no billing for that year for the fees sought
In summary for the attorneys above, based on hours spent on the case:
- Average rate: $396
- Median rate: $400

6. I understand that the agricultural industry has faced an economic downturn, which has impacted Kinze. For example, I understand that Kinze and John Deere implemented reduction

layoffs in 2024. In view of this, beginning in July of 2024, the two lead attorneys in the case, Glenn Johnson and Jonathan Kennedy, applied an hourly reduced rate which is still in effect. Each of their rates was discounted by $50 per hour. In the attached Exhibit 1, this is not reflected in the rate itself, but was applied as a discount on the invoice. Thus, Exhibit 1 shows the "Original Amount" (at the standard hourly rate for the timekeeper) and the "Billed Amount" (which is the amount invoiced to the client with the rate reduction applied). Kinze is seeking only actual fees as invoiced to the client and not the higher original amount.

7.      The billing entries have been categorized according to the six categories of work identified in Local Rule 54A(a). In some instances, a billing entry for a particular day includes a description of work that spanned multiple categories. For example, an entry might include both legal research (category "2") and drafting a pleading (category "1"). In these instances, the entire entry was assigned to the category of work deemed to dominate the entry in terms of time spent by the attorney who performed the work.

8.      Pursuant to Local Rule 54A(a), below is a summary itemizing the time spent performing each of the following categories of work:

| **Major Categories – LR 54A(a)** | | **Hours** |
|---|---|---|
| Category 1 | Drafting pleadings, motions, and briefs | 1256.77 |
| Category 2 | Legal research | 371.12 |
| Category 3 | Investigation | 1433.35 |
| Category 4 | Interviewing | 856.8 |
| Category 5 | Trial preparation | 0.2 |
| Category 6 | Trial | 0 |

Pursuant to 28 U.S.C. Section § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   <u>April 3, 2025</u>



Joann Tucker