# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
| J&M MANUFACTURING CO. INC., | ) | |
| | ) | Civil Action No. 1:22-CV-00094-CJW-KEM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge CJ Williams |
| | ) | Magistrate Judge Kelly K.E. Mahoney |
| KINZE MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**BILL OF COSTS EXHIBIT A**
**Itemization and Documentation of Costs**

A. **Fees for Transcripts (Exhibit B)**

| Transcripts | Costs |
|---|---|
| Deposition of Mike Vujea<br>Significant portions introduced into evidence. | Video: $1,982.5 |
| Deposition of Susie Veatch<br>Significant portions introduced into evidence. | Transcript: $3,267.30 |
| Deposition of Susie Veatch<br>Significant portions introduced into evidence. | Video: $540.00 |
| Deposition of Brian McKown<br>Significant portions introduced into evidence. | Transcript: $4,215.25 |
| Deposition of Todd Kniffen<br>Significant portions introduced into evidence. | Transcript: $3,156.70 |
| Deposition of Justin Render<br>Significant portions introduced into evidence. | Transcript: $2,127.80 |
| Deposition of Vaughan Stevenson<br>Significant portions introduced into evidence. | Transcript: $1,410.85 |
| Deposition of Mike Vujea<br>Significant portions introduced into evidence. | Rough Transcript: $3,750.00 |
| Deposition of Sean Kahlig<br>Significant portions introduced into evidence. | Transcript: $4,771.10 |
| Deposition of Sean Kahlig<br>Significant portions introduced into evidence. | Video: $2,688.75 |

| | |
|---|---|
| Deposition of Eric Broadbent<br>Significant portions introduced into evidence. | Transcript: $3,822.37 |
| Deposition of Eric Broadbent<br>Significant portions introduced into evidence. | Video: $1,530.00 |
| Deposition of Shannon Grieshop<br>Significant portions introduced into evidence. | Transcript: $3,876.10 |
| Deposition of Shannon Grieshop<br>Significant portions introduced into evidence. | Transcript: $3,258.75 |
| Deposition of Joshua P. Gaerke<br>Significant portions introduced into evidence. | Video: $2,488.75 |
| Deposition of Joshua P. Gaerke<br>Significant portions introduced into evidence. | Transcript: $3,669.54 |
| Deposition of Jennifer Vanderhart<br>Significant portions introduced into evidence. | Transcript: $2,792.90 |
| Deposition of David Eisenmann<br>Significant portions introduced into evidence. | Transcript: $2,594.50 |
| Deposition of Michael Mihm<br>Significant portions introduced into evidence. | Transcript: $930.00 |
| Deposition of David Eisenmann<br>Significant portions introduced into evidence. | Video: $1,972.50 |
| Transcript for Motions for Summary Judgment<br>Significant portions introduced into evidence. | Transcript: $616 |

B. **Fees and Disbursements for Printing (Exhibit C)**

| Printing | Costs |
|---|---|
| Kinze's Motion for Summary Judgment | $300.81 |
| Kinze's Opposition to J&M's Motion for<br>Summary Judgment | $250.57 |

C. **Other Costs**

1. **E-Discovery Costs (Exhibit D)**

| e-Discovery Vendor | Costs |
|---|---|
| DISCO e-Discovery June 2023 | $31,359.85* |
| DISCO e-Discovery July 2023 | $25,550.06 |
| DISCO e-Discovery October 2023 | $5,850.67 |
| DISCO e-Discovery January 2023 | $5,726.03 |
| DISCO e-Discovery February 2024 | $6,044.95 |
| DISCO e-Discovery March 2024 | $5,853.39 |
| DISCO e-Discovery April 2024 | $6,016.31 |
| DISCO e-Discovery May 2024 | $6,105.45 |
| DISCO e-Discovery June 2024 | $6,020.84 |

| | |
|---|---|
| DISCO e-Discovery July 2024 | $6,020.48 |
| DISCO e-Discovery August 2024 | $6,020.48 |
| DISCO e-Discovery September 2024 | $6,051.55 |
| DISCO e-Discovery October 2024 | $6,037.71 |
| DISCO e-Discovery November 2024 | $6,101.16 |
| DISCO e-Discovery December 2024 | $6,069.41 |
| DISCO e-Discovery January 2025 | $6,069.21 |
| DISCO e-Discovery February 2025 | $6,069.21 |

* Due to the volume and size of files ingested for searching to identify responsive documents for review and production, this invoice was $46,359.85 under the preliminary billing arrangements for this case with the e-discovery vendor. This was disputed and the e-discovery vendor provided a $15,000 credit. Thus, the receipt shows $46,359.85, but Kinze only seeks reimbursement for the amount it paid, i.e., $31,359.85.

## 2. Expert Witness Costs (Exhibit E)

| Expert Related Costs | Costs |
|---|---|
| CRA International December 2023 | $5,485.00 |
| CRA International January 2024 | $2,695.00 |
| CRA International February 2024 | $21,887.50 |
| CRA International March 2024 | $59,790.00 |
| CRA International April 2024 | $35,816.25 |
| CRA International May 2024 | $6,832.50 |
| CRA International June 2024 | $1,150.00 |
| John Long December 2023 - April 2024 | $6,700.00 |
| John Long July 2024 | $7,582.50 |
| CRA International August 2024 | $6,831.25 |
| John Long August 2024 | $10,732.50 |
| CRA International September 2024 | $69,446.25 |
| CRA International October 2024 | $60,313.75 |
| CRA International November 2024 | $15,978.00 |
| CRA International December 2025 | $33,973.68 |
| John Long September 2024- December 2024 | $23,502.86 |
| Jonathan Kennedy Travel Costs to/for Expert Reports | $856.30 |
| Glenn Johnson Travel Costs to/for Expert Reports | $590.88 |

## 3. Mailing Costs (Exhibit F)

| Mailing Costs | Costs |
|---|---|
| Mailing Paper Copies to Clerk of Court | $84.68 |
| Mailing Paper Copies to Clerk of Court | $91.03 |

**4. Trial Preparation Costs (Exhibit G)**

| Vendor Costs | Costs |
|---|---|
| Digital Evidence Group Trial Consulting | $1,525.00 |
| Digital Evidence Group Trial Consulting | $590.00 |

**5. Research Costs (Exhibit H)**

| Research Costs | Costs |
|---|---|
| Thompson Reuters Research | $766.00 |

Total Transcripts Costs: $55,461.66

Total Printing Costs: $551.38

Total e-Discovery Costs: $146,966.76

Total Expert Witness Costs: $370,164.22

Total Mailing Costs: $175.71

Total Trial Preparation Costs: $2,115

Total Research Costs: $766.00

**TOTAL COST: $645,491.73**

Dated: April 3, 2025          Respectfully submitted,

/s/Glenn Johnson
**McKEE, VOORHEES & SEASE, P.L.C.**
Glenn Johnson (AT0003856)
Jonathan Kennedy (AT0011458)
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Telephone: 515-288-3667
Facsimile: 515-288-1338
Email: Glenn.Johnson@ipmvs.com
Email: Jonathan.Kennedy@ipmvs.com
Email: mvslit@ipmvs.com

***ATTORNEYS FOR KINZE***
***MANUFACTURING, INC., DEFENDANT***

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copy To:

Thomas D Wolle
Simmons Perrine Moyer Bergman PLC
115 3rd St SE, Suite 1200
Cedar Rapids, IA 52401
Phone: (319) 366-7641
Email: twolle@spmblaw.com

Kevin Gerard Rooney
Eric R. Bartlam
**Rooney IP LLC**
8044 Montgomery Road, Suite 410
Cincinnati, OH 45236
Phone: (513) 470 8541
Email: krooney@rooneyiplaw.com
Email: ebartlam@rooneyiplaw.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

Shawn Blackburn
Justin Nelson
Meng Xi
Ace M. Factor
Savannah L. Ezelle
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Phone: 713-651-9366
Email: SBlackburn@susmangodfrey.com
Email: JNelson@susmangodfrey.com
Email: mxi@susmangodfrey.com
Email: afactor@susmangodfrey.com
Email: sezelle@susmangodfrey.com

*Attorneys for Plaintiff*

/s/Glenn Johnson