# EXHIBIT B

# INVOICE

1 of 1

**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32013 | 2/14/2024 | 71093 |

| Job Date | Case No. | |
|---|---|---|
| 1/17/2024 | 1:22-CV-00097-CJW=KEM | |

| Case Name | | |
|---|---|---|
| J&M vs. Kinze | | |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

Mike Vujea - Video

| | |
|---|---|
| Videographer Appearance | 1,400.00 |
| Synchronized Video Transcript | 487.50 |
| Media - Per Deponent | 95.00 |
| **TOTAL DUE  >>>** | **$1,982.50** |

Location of Job   : Rooney IP LLC
3044 Montgomery Road, Suite 410
Cincinnati, OH 45236

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | |
|---|---|
| Job No.    : 71093 | BU ID    : NDT |
| Case No.    : 1:22-CV-00097-CJW=KEM | |
| Case Name   : J&M vs. Kinze | |
| Invoice No.   : 32013 | Invoice Date  : 2/14/2024 |
| **Total Due    : $1,982.50** | |

**PAYMENT WITH CREDIT CARD**    AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

Case 1:22-cv-00094-CJW-KEM     Document 161-3     Filed 04/03/25     Page 2 of 36





# Invoice

**Invoice No:** 1521804
**Invoice Date:** 01/08/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:2022cv00094

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2023-923075 | Susie Veatch | 12/21/2023 | Videotaped Deposition held in Cedar Rapids, IA | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Videotaped Testimony | 245 | $1,102.50 |
| Rough Draft of Transcript | 245 | $551.25 |
| Realtime Text - In-Room Connection X 2 | 245 | $1,200.50 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 241 | $253.05 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1521804
**Invoice Date:** 01/08/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $3,267.30

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $3,267.30

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1521804

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $3,267.30 |
| **After 02/07/2024 Pay** | $3,316.31 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1524486
**Invoice Date:** 1/18/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:2022cv00094

K446-I00001.

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2023-923075 | Susie Veatch | 12/21/2023 | Videotaped Deposition held in Cedar Rapids, IA | | | |

| Item | Quantity | Amount |
|---|---|---|
| DVD / MPEG Conversion | 7 | $490.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**
Late Order

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $540.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $540.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1524486

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| Amount Due | $540.00 |
|---|---|
| After 2/17/2024 Pay | $548.10 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**APPROVED**
**By JCT at 1:59 pm, Jan 19, 2024**



**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 7 of 36



# Invoice

**Invoice No:** 1530484
**Invoice Date:** 2/7/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-cv-00094

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-927074 | Brian McKown | 1/25/2024 | Videotaped Deposition held in Des Moines, IA - Concluding at 7:08 p.m. | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Videotaped Testimony | 288 | $1,296.00 |
| Evening Pages | 65 | $97.50 |
| Rough Draft of Transcript | 288 | $648.00 |
| Realtime Text - In-Room Connection X 2 | 288 | $1,411.20 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits - Bulk Discounted Rate | 927 | $602.55 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 8 of 36



# Invoice

**Invoice No:** 1530484

**Invoice Date:** 2/7/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $4,215.25

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $4,215.25

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1530484

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $4,215.25 |
| **After 3/8/2024 Pay** | $4,278.48 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1531480
**Invoice Date:** 2/9/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-cv-00094

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-927072 | Todd Kniffen | 1/26/2024 | Videotaped Deposition held in Des Moines, IA | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Videotaped Testimony | 222 | $999.00 |
| Rough Draft of Transcript | 222 | $499.50 |
| Realtime Text - In-Room Connection X 2 | 222 | $1,087.80 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 432 | $410.40 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1531480
**Invoice Date:** 2/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1531480

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

**Subtotal:** $3,156.70

**Tax Total:** $0.00

**Total:** $3,156.70

**Payments and Credits:** $0.00

| | |
|---|---|
| **Amount Due** | $3,156.70 |
| **After 3/10/2024 Pay** | $3,204.05 |



# Invoice

**Invoice No:** 1531580
**Invoice Date:** 2/9/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-cv-00094

K446-I00001

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-927075 | Justin Render | 1/29/2024 | Des Moines, IA (Hybrid Deposition) | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Video/Technical Testimony | 137 | $691.85 |
| Rough Draft of Transcript | 137 | $308.25 |
| Realtime Text - In-Room Connection X 2 | 137 | $671.30 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 312 | $296.40 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1531580

**Invoice Date:** 2/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $2,127.80

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,127.80

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1531580

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $2,127.80 |
| **After 3/10/2024 Pay** | $2,159.72 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1532395
**Invoice Date:** 2/13/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

<span style="color:red">k446-i00001</span>

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-cv-00094

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-927076 | Vaughan Stevenson | 1/30/2024 | Videotaped Deposition held in Des Moines, IA | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Video/Technical Testimony | 97 | $489.85 |
| Rough Draft of Transcript | 97 | $218.25 |
| Realtime Text - In-Room Connection X 2 | 97 | $475.30 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 71 | $67.45 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

1 of 2



# Invoice

**Invoice No:** 1532395

**Invoice Date:** 2/13/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $1,410.85

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,410.85

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1532395

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,410.85 |
| **After 3/14/2024 Pay** | $1,432.01 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

# NAEGELI
## DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32012 | 2/14/2024 | 71093 |
| **Job Date** | **Case No.** | |
| 1/17/2024 | 1:22-CV-00097-CJW=KEM | |
| **Case Name** | | |
| J&M vs. Kinze | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

ORIGINAL TRANSCRIPT OF:

| | |
|---|---|
| Mike Vujea | 2,431.25 |
| Rough Draft Including Word Index - With Transcript Order | 506.25 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 712.50 |
| Shipping and Handling | 65.00 |
| **TOTAL DUE  >>>** | **$3,750.00** |

Location of Job   : Rooney IP LLC
8044 Montgomery Road, Suite 410
Cincinnati, OH 45236

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 71093 | BU ID | : NDT |
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | | |
|---|---|---|
| Invoice No. | : 32012 | Invoice Date : 2/14/2024 |
| **Total Due** | **: $3,750.00** | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 17 of 36



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32092 | 2/14/2024 | 71092 |

| Job Date | Case No. |
|---|---|
| 1/16/2024 | 1:22-CV-00097-CJW=KEM |

| Case Name |
|---|
| J&M vs. Kinze |

| Payment Terms |
|---|
| Due upon receipt |

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

| | |
|---|---:|
| ORIGINAL TRANSCRIPT OF: | |
| Sean Kahlig | 2,819.00 |
| Rough Draft Including Word Index - With Transcript Order | 742.50 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 21.75 |
| Color Exhibits | 8.75 |
| ORIGINAL TRANSCRIPT OF: | |
| Sean Kahlig - 30(b)(6) | 302.40 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 6.00 |
| ORIGINAL TRANSCRIPT OF: | |
| Sean Kahlig - Confidential | 632.70 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 64.50 |
| Color Exhibits | 3.50 |
| Shipping and Handling | 65.00 |
| **TOTAL DUE   >>>** | **$4,771.10** |

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | | | |
|---|---|---|---|
| Job No. | : 71092 | BU ID | : NDT |
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |
| Invoice No. | : 32092 | Invoice Date | : 2/14/2024 |
| **Total Due** | **: $4,771.10** | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____
Email: _____



NAEGELI
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32092 | 2/14/2024 | 71092 |

| Job Date | Case No. |
|---|---|
| 1/16/2024 | 1:22-CV-00097-CJW=KEM |

| Case Name |
|---|
| J&M vs. Kinze |

| Payment Terms |
|---|
| Due upon receipt |

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

Location of Job    : Rooney IP LLC
8044 Montgomery Road, Suite 410
Cincinnati, OH 45236

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

| Job No. | : 71092 | BU ID | : NDT |
|---|---|---|---|
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

Invoice No. : 32092          Invoice Date : 2/14/2024

**Total Due : $4,771.10**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

# NAEGELI
## DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32093 | 2/14/2024 | 71092 |

| Job Date | Case No. |
|---|---|
| 1/16/2024 | 1:22-CV-00097-CJW=KEM |

| Case Name |
|---|
| J&M vs. Kinze |

| Payment Terms |
|---|
| Due upon receipt |

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

| | |
|---|---|
| Sean Kahlig - Video | 1,993.75 |
| Synchronized Video Transcript | 600.00 |
| Media - Per Deponent | 95.00 |
| **TOTAL DUE  >>>** | **$2,688.75** |

Location of Job   : Rooney IP LLC
8044 Montgomery Road, Suite 410
Cincinnati, OH 45236

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website. You can visit our web
page, https://www.naegeliusa.com/make-a-payment, to pay by credit card. There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

Glenn Johnson
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | | | |
|---|---|---|---|
| Job No. | : 71092 | BU ID | : NDT |
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |
| Invoice No. | : 32093 | Invoice Date | : 2/14/2024 |
| **Total Due** | **: $2,688.75** | | |

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 22 of 36



# Invoice

**Invoice No:** 1534720
**Invoice Date:** 02/20/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-CV-00094-CJW-KEM

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-928937 | Eric Broadbent | 02/7/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Video Testimony - EXPEDITE | 239 | $1,943.07 |
| Realtime Text Stream - Remote Connection X 2 | 239 | $1,171.10 |
| Realtime Connectivity Fee - Per User | 2 | $190.00 |
| Mini / Condensed Transcript | 1 | $45.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 156 | $148.20 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| LegalView Connectivity Fee | 1 | $195.00 |
| Processing, Handling & Archiving - Expedited | 1 | $65.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1534720
**Invoice Date:** 02/20/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $3,822.37

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $3,822.37

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1534720

**Payments and Credits:** $0.00

| | |
|---|---|
| **Amount Due** | $3,822.37 |
| **After 03/21/2024 Pay** | $3,879.71 |

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 25 of 36



# Invoice

**Invoice No:** 1534933
**Invoice Date:** 02/21/2024
**Payment Terms:** Net 30

**Bill To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Case Name:**
J&M Manufacturing v. Kinze Manufacturing

**Case Number:** 1:22-CV-00094-CJW-KEM

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-928937 | Eric Broadbent | 02/7/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| DVD / MPEG Conversion | 8 | $560.00 |
| Text-to-Video Synchronization (VideoSync) | 8 | $920.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**

**Sold To:**
Jonathan Kennedy
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines IA 50309-2721
United States

**Subtotal:** $1,530.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,530.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1534933

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Amount Due** | $1,530.00 |
| **After 03/22/2024 Pay** | $1,552.95 |



# Invoice

**Invoice No:** 1534933
**Invoice Date:** 02/21/2024
**Payment Terms:**  Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

Case 1:22-cv-00094-CJW-KEM     Document 161-3     Filed 04/03/25     Page 27 of 36

# Merchant: Naegeli Reporting Corp

111 SW 5TH AVE STE 2020
PORTLAND,, OR 97204                      503-227-1544
US

Order Information

Description:
Order Number:                            P.O. Number:
Customer ID:                             Invoice Number:      32861 32862

| Billing Information | Shipping Information |
| --- | --- |

|  |  |  |
| --- | --- | --- |
|  | Shipping: | 0.00 |
|  | Tax: | 0.00 |
|  | **Total:** | **USD 7,134.85** |

Payment Information

Date/Time:            18-Mar-2024 10:03:18 PDT
Transaction ID:       80338853428
Transaction Type:     Authorization Only
Transaction Status:   Authorized/Pending Capture
Authorization Code:   079627
Payment Method:       Visa XXXX8152



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32103 | 2/12/2024 | 71292 |

| Job Date | Case No. |
|---|---|
| 1/19/2024 | 1:22-CV-00097-CJW=KEM |

| Case Name |
|---|
| J&M vs. Kinze |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

| | |
|---|---|
| Joshua P. Gaerke - Video | 1,793.75 |
| Synchronized Video Transcript | 600.00 |
| Media - Per Deponent | 95.00 |
| **TOTAL DUE  >>>** | **$2,488.75** |

Location of Job    : Rooney IP LLC
8044 Montgomery Road, Suite 410
Cincinnati, OH 45236

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | | | |
|---|---|---|---|
| Job No. | : 71292 | BU ID | : NDT |
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |

| | | |
|---|---|---|
| Invoice No. | : 32103 | Invoice Date : 2/12/2024 |
| **Total Due** | **: $2,488.75** | |

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32102 | 2/12/2024 | 71292 |

| Job Date | Case No. |
|---|---|
| 1/19/2024 | 1:22-CV-00097-CJW=KEM |

| Case Name |
|---|
| J&M vs. Kinze |

| Payment Terms |
|---|
| Due upon receipt |

NAEGELI
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721
T: 515-288-3667  F: 515-288-1338

| | |
|---|---:|
| ORIGINAL TRANSCRIPT OF: | |
| Joshua P. Gaerke | 1,919.10 |
| Rough Draft Including Word Index - With Transcript Order | 423.00 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 132.00 |
| Color Exhibits | 22.75 |
| ORIGINAL TRANSCRIPT OF: | |
| Joshua P. Gaerke - AEO Excerpt 1 | 632.70 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 17.25 |
| Color Exhibits | 8.75 |
| ORIGINAL TRANSCRIPT OF: | |
| Joshua P. Gaerke - AEO Excerpt 2 | 334.74 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 7.50 |
| Color Exhibits | 1.75 |
| Shipping and Handling | 65.00 |

**TOTAL DUE  >>>**  **$3,669.54**

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Jonathan L. Kennedy
McKee Voorhees and Sease PLC
801 Grand Avenue Suite 3200
Des Moines, IA 50309-2721

| | | | |
|---|---|---|---|
| Job No. | : 71292 | BU ID | : NDT |
| Case No. | : 1:22-CV-00097-CJW=KEM | | |
| Case Name | : J&M vs. Kinze | | |
| | | | |
| Invoice No. | : 32102 | Invoice Date | : 2/12/2024 |
| **Total Due** | : **$3,669.54** | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# *Invoice*   INV2988048

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/26/2024 | **Client Number** | C06337 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 1/25/2025 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
McKee Voorhees & Sease - Des Moines
801 Grand Avenue
Suite 3200
Des Moines IA 50309

**Services Provided For**
McKee Voorhees & Sease - Des Moines
Kennedy, Jonathan
801 Grand Avenue
Suite 3200
Des Moines IA 50309

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/11/2024 | J12113630 | Houston, TEXAS | J &M MANUFACTURING V. KINZE MANUFACTURING |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| ON-SITE RESOURCE FEE | Dr. Jennifer Vanderhart | 1 | 195.00 | $195.00 |
| APP FEE: FIRST HOUR | Dr. Jennifer Vanderhart | 1 | 75.00 | $75.00 |
| APP FEE: ADDITIONAL HOURS | Dr. Jennifer Vanderhart | 5 | 75.00 | $375.00 |
| TRANSCRIPT - O&1 - EXP-WI | Dr. Jennifer Vanderhart | 189 | 7.45 | $1,408.05 |
| E-EXHIBITS B&W ORIG | Dr. Jennifer Vanderhart | 204 | 0.65 | $132.60 |
| E- EXHIBITS COLOR ORIG | Dr. Jennifer Vanderhart | 83 | 0.65 | $53.95 |
| E-EXHIBIT TABS ORIG | Dr. Jennifer Vanderhart | 7 | 0.65 | $4.55 |
| ROUGH ASCII | | 145 | 2.75 | $398.75 |
| LITIGATION SUPPORT PACKAGE | Dr. Jennifer Vanderhart | 1 | 60.00 | $60.00 |
| CONDENSED TRANSCRIPT | Dr. Jennifer Vanderhart | 1 | 35.00 | $35.00 |
| PROCESSING & COMPLIANCE | Dr. Jennifer Vanderhart | 1 | 55.00 | $55.00 |

*Representing Client: McKee Voorhees & Sease - Des Moines*

| | |
|---|---|
| **Subtotal** | 2,792.90 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,792.90 |
| **Amount Due** | 2,792.90 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | McKee Voorhees & Sease - Des Moines |
| **Client #** | C06337 |
| **Invoice #** | INV2988048 |
| **Invoice Date** | 12/26/2024 |
| **Due Date** | 1/25/2025 |
| **Amount Due** | **$2,792.90** |

**Eastern Iowa Reporting, Inc.**

PO Box 141
Lowden, IA  52255 US
(563) 357-0879
proesch@netins.net

# INVOICE

**BILL TO**

Glenn Johnson
Attorney at Law
801 Grand Avenue, Suite 3200
Cedar Rapids, IA  50309

**INVOICE #** 4449
**DATE** 12/29/2024

**TERMS** Net 10

| DESCRIPTION |
| --- |

J&M vs. Kinze

For the reporting fee and original transcript of the deposition of David Eisenmann, Ph.D., taken on December 20, 2024, at 801 Grand Avenue, Suite 3200, Des Moines, Iowa.

Thank you for your business!        BALANCE DUE        **$2,594.50**

Fed. ID #46-1647874

**Eastern Iowa Reporting, Inc.**

PO Box 141
Lowden, IA  52255 US
(563) 357-0879
proesch@netins.net

# INVOICE

**BILL TO**

Glenn Johnson
Attorney at Law
801 Grand Avenue, Suite 3200
Cedar Rapids, IA  50309

**INVOICE #** 4447
**DATE** 12/29/2024

**TERMS** Net 10

| DESCRIPTION |
| --- |

J&M vs. Kinze

For the reporting fee and original transcript of the deposition of Michael Mihm, taken on December 19, 2024, at 115 Third Street, SE, Suite 1200, Cedar Rapids, Iowa.

Thank you for your business!          BALANCE DUE          **$930.00**

Fed. ID #46-1647874



# Invoice

#90103823

Corporate Headquarters
1230 W. Morehead St. | Suite 102 | Charlotte, NC 28208

**McKee Voorhees & Sease, PLC**
Jonathan Kennedy
801 Grand Avenue
Suite 3200
Des Moines IA 50309
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 1/9/2025 | DUR, after 30 days 1.5% | 1/9/2025 | 12/20/2024 | 0099046 |

| Case Number | | Case Name |
|---|---|---|
| | | J & M Manufacturing Vs Kinze Manufacturing |

VIDEO SERVICES:

David Eisenmann $1,972.50

_____

| | |
|---|---|
| **INVOICE TOTAL   >>>** | **$1,972.50** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,972.50** |

Location of Job:  Mckee Voorhees Sease
                  Des Moines,   50309

Ordered By: Lisa Larbi-Siaw
            McKee Voorhees & Sease, PLC
            801 Grand Avenue
Suite 3200
            Des Moines, IA  50309

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.
_____

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**



9010383



CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

Case 1:22-cv-00094-CJW-KEM    Document 161-3    Filed 04/03/25    Page 35 of 36

Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, IA 52410
PAMurrayReporting@gmail.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/26/2025 | P022125A~M |

| P.O./REQ. NO. |
|---------------|
| N/A |

| BILL TO: |
|----------|
| McKee, Voorhees & Sease, PLC<br>801 Grand Avenue, Suite 3200<br>Des Moines, Iowa 50309 |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| In re:  J&M Manufacturing v. Kinze Manufacturing, 22-CV-94 | | | 0.00 |
| Transcript of the 2/21/25 motion hearing - Original Regular Delivery | 140 | 4.40 | 616.00 |

Thank you!

(The fee and page format conform to the regulations of the Judicial Conference.)

| | |
|--|--|
| Total | 616.00 |
| Balance Due | 616.00 |