# EXHIBIT G



CRA No. D66055-00

January 16, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through December 31, 2023.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

January 16, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

**CRA Invoice Number:**       **1094931**

**Re:**       **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates:  August 1, 2023 through December 31, 2023

|  |  |
|---|---|
| Professional Fees | 5,485.00 |

| | |
|---|---|
| **Total Invoice:** | **USD 5,485.00** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
          CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

January 16, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

**CRA Invoice Number:**      **1094931**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD AUGUST 1, 2023 THROUGH DECEMBER 31, 2023

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 1.75 | 730.00 | 1,277.50 |
| Roberts, John | 8.50 | 495.00 | 4,207.50 |
| TOTAL PROFESSIONAL FEES | 10.25 | | USD 5,485.00 |

     **TOTAL INVOICE**      **USD 5,485.00**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**August - December 2023**

1. Preliminary document and information request.

2. Document review and preliminary analyses.

3. Background and case research.

4. Teleconferences and meetings with counsel.



CRA No. D66055-00

February 7, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through January 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

February 7, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

**CRA Invoice Number:**       **1095565**

**Re:**       **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: January 1, 2024 through January 31, 2024

|  |  |
|---|---|
| Professional Fees | 2,695.00 |

|  |  |
|---|---|
| **Total Invoice:** | **USD 2,695.00** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
          CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

February 7, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

**CRA Invoice Number:**     **1095565**

**Re:**     **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 0.50 | 755.00 | 377.50 |
| Roberts, John | 4.50 | 515.00 | 2,317.50 |
| TOTAL PROFESSIONAL FEES | 5.00 | | USD 2,695.00 |

                    **TOTAL INVOICE**     **USD 2,695.00**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**January 2024**

1. Draft deposition outline.

2. Background and case research.

3. Teleconferences and meetings with counsel.



CRA No. D66055-00

March 6, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through February 29, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

March 6, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

**CRA Invoice Number:**          **1096569**

**Re:**     **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: February 1, 2024 through February 29, 2024

|  |  |
|---|---|
| Professional Fees | 21,887.50 |

**Total Invoice:**                                        **USD 21,887.50**

**Please remit payment via:**

**Wire:**
CRA International
Account#: 1139714659
ABA#: 011500120
SWIFT#: CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#: 1139714659
ABA#: 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
          CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

One South Wacker Dr., 34th Floor, Chicago, IL 60606

CRA No. D66055

March 6, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721


**CRA Invoice Number:**       **1096569**

**Re:**       **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 0.25 | 755.00 | 188.75 |
| Roberts, John | 22.25 | 515.00 | 11,458.75 |
| Associate/Analyst | 32.00 | | 10,240.00 |
| TOTAL PROFESSIONAL FEES | 54.50 | | USD 21,887.50 |

**TOTAL INVOICE**       **USD 21,887.50**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**February 2024**

1. Document and deposition review.

2. Background and case research.

3. Teleconferences and meetings with counsel.



CRA No. D66055-00

April 18, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through March 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

April 18, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:** **1098195**

**Re:** **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: March 1, 2024 through March 31, 2024

| | |
|---|---|
| Professional Fees | 59,790.00 |

| | |
|---|---|
| **Total Invoice:** | **USD 59,790.00** |

**Please remit payment via:**

**Wire:**
CRA International
Account#: 1139714659
ABA#: 011500120
SWIFT#: CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#: 1139714659
ABA#: 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
          CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

April 18, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**       **1098195**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD MARCH 1, 2024 THROUGH MARCH 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 3.50 | 755.00 | 2,642.50 |
| Roberts, John | 62.50 | 515.00 | 32,187.50 |
| Associate/Analyst | 78.00 | | 24,960.00 |
| TOTAL PROFESSIONAL FEES | 144.00 | | USD 59,790.00 |

          **TOTAL INVOICE**      **USD 59,790.00**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**March 2024**

1. Document and deposition review.

2. Drafting of supporting schedules for the Expert Report of Kimberly J. Schenk.

3. Background and case research.

4. Teleconferences and meetings with counsel.



CRA No. D66055-00

May 13, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through April 30, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

May 13, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:       1098852**

**Re:       J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: April 1, 2024 through April 30, 2024

|  |  |
|---|---|
| Professional Fees | 35,816.25 |

|  |  |
|---|---|
| **Total Invoice:** | **USD 35,816.25** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:      CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

May 13, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**       **1098852**

**Re:       J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 0.50 | 755.00 | 377.50 |
| Roberts, John | 26.25 | 515.00 | 13,518.75 |
| Associate/Analyst | 68.50 | | 21,920.00 |
| TOTAL PROFESSIONAL FEES | 95.25 | | USD 35,816.25 |

**TOTAL INVOICE**       **USD 35,816.25**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**April 2024**

1. Document and deposition review.

2. Drafting of supporting schedules for the Expert Report of Kimberly J. Schenk.

3. Background and case research.

4. Teleconferences and meetings with counsel.



CRA No. D66055-00

June 10, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through May 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

June 10, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**     **1099804**

**Re:**     **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: May 1, 2024 through May 31, 2024

| | |
|---|---|
| Professional Fees | 6,832.50 |

| | |
|---|---|
| **Total Invoice:** | **USD 6,832.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA 02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
        CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

One South Wacker Dr., 34th Floor, Chicago, IL 60606

CRA No. D66055

June 10, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**      **1099804**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roberts, John | 5.50 | 515.00 | 2,832.50 |
| Associate/Analyst | 12.50 | | 4,000.00 |
| TOTAL PROFESSIONAL FEES | 18.00 | | USD 6,832.50 |

                                                   **TOTAL INVOICE**          **USD 6,832.50**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**May 2024**

1. Drafting of the Expert Report of Kimberly J. Schenk and supporting schedules.

2. Document review and analysis.

3. Teleconferences and correspondence with counsel.



CRA No. D66055-00

July 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through June 30, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

July 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**     **1101139**

**Re:     J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: June 1, 2024 through June 30, 2024

| | |
|---|---|
| Professional Fees | 1,150.00 |
| **Total Invoice:** | **USD 1,150.00** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
          CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

One South Wacker Dr., 34th Floor, Chicago, IL 60606

CRA No. D66055

July 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:** **1101139**

**Re:** **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD JUNE 1, 2024 THROUGH JUNE 30, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 0.50 | 755.00 | 377.50 |
| Roberts, John | 1.50 | 515.00 | 772.50 |
| TOTAL PROFESSIONAL FEES | 2.00 | | USD 1,150.00 |

**TOTAL INVOICE** **USD 1,150.00**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**June 2024**

1.  Document review and analysis.

2.  Teleconferences and correspondence with counsel.

**John M. Long, PhD, PE**

7924 S Country Club Rd
Stillwater, OK 74074
Phone: 336-813-8465
Email: john@long.engineering

# INVOICE

INVOICE #1001
DATE: 8 MAY 2024

**TO:**
Glenn Johnson
McKee, Voorhees & Sease, PLC
801 Grand Avenue
Suite 3200
Des Moines, Iowa 50309
Email: Glenn.Johnson@ipmvs.com

**FOR:**
J&M Manufacturing v. Kinze Manufacturing
Case No. 1:22-cv-00094

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| [18 DEC] Travel to Williamsburg | 2.6 | $ 50.00 | $ 130.00 |
| [18 DEC] Inspection of 1121/1421 Grain Carts | 2.5 | $ 225.00 | $ 562.50 |
| [18 DEC] Travel to Stillwater | 2.8 | $ 50.00 | $ 140.00 |
| [22 DEC] Teams Mtg - Kennedy/Johnson/Grimes | 0.4 | $ 225.00 | $ 90.00 |
| [06 JAN] Expert Report Prep | 1.2 | $ 225.00 | $ 270.00 |
| [09 JAN] Teams Mtg - Johnson/Gilchrist/Grimes | 0.6 | $ 225.00 | $ 135.00 |
| [14 JAN] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [24 JAN] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [28 FEB] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [01 MAR] Phone Call - Johnson | 0.2 | $ 225.00 | $ 45.00 |
| [06 MAR] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [13 MAR] Teams Mtg - Johnson/Grimes/Stevenson/Kniffen | 1.0 | $ 225.00 | $ 225.00 |
| [14 MAR] Expert Report Prep | 0.5 | $ 225.00 | $ 112.50 |
| [15 MAR] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [20 MAR] Expert Report Prep | 3.0 | $ 225.00 | $ 675.00 |
| [21 MAR] Travel to Williamsburg | 3.0 | $ 50.00 | $ 150.00 |
| [21 MAR] Inspection of 1051 Grain Cart | 4.0 | $ 225.00 | $ 900.00 |
| [21 MAR] Travel to Stillwater | 2.3 | $ 50.00 | $ 115.00 |
| [01 APR] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [04 APR] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [05 APR] Expert Report Prep | 2.5 | $ 225.00 | $ 562.50 |
| [08 APR] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| | | TOTAL | $ 6,700.00 |

Make all checks payable to John M. Long.
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**

**John M. Long, PhD, PE**

7924 S Country Club Rd
Stillwater, OK 74074
Phone: 336-813-8465
Email: john@long.engineering

# INVOICE

INVOICE #1002
DATE: 1 AUG 2024

**TO:**
Glenn Johnson
McKee, Voorhees & Sease, PLC
801 Grand Avenue
Suite 3200
Des Moines, Iowa 50309
Email: Glenn.Johnson@ipmvs.com

**FOR:**
J&M Manufacturing v. Kinze Manufacturing
Case No. 1:22-cv-00094

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| [01 JUL] Teams Mtg - Kennedy/Johnson/Grimes | 0.7 | $ 225.00 | $ 157.50 |
| [16 JUL] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [17 JUL] Expert Report Prep | 10.0 | $ 225.00 | $ 2,250.00 |
| [18 JUL] Expert Report Prep | 3.0 | $ 225.00 | $ 675.00 |
| [24 JUL] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [26 JUL] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [28 JUL] Expert Report Prep | 6.0 | $ 225.00 | $ 1,350.00 |
| [29 JUL] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [30 JUL] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [31 JUL] Expert Report Prep | 4.0 | $ 225.00 | $ 900.00 |
| | | TOTAL | $ 7,582.50 |

Make all checks payable to John M. Long.
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**



CRA No. D66055-00

September 12, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through August 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

September 12, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**     **1103184**

**Re:      J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: August 1, 2024 through August 31, 2024

|  |  |
|---|---|
| Professional Fees | 6,831.25 |
| **Total Invoice:** | **USD 6,831.25** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

One South Wacker Dr., 34th Floor, Chicago, IL 60606

CRA No. D66055

September 12, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:** **1103184**

**Re:** **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 3.25 | 755.00 | 2,453.75 |
| Roberts, John | 8.50 | 515.00 | 4,377.50 |
| TOTAL PROFESSIONAL FEES | 11.75 | | USD 6,831.25 |

**TOTAL INVOICE** **USD 6,831.25**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**August 2024**

1. Review and analysis of the Expert Report of Jennifer Vanderhart, dated August 23, 2024.

2. Drafting of the Rebuttal Expert Report of Kimberly Schenk.

3. Teleconferences and correspondence with counsel.

**John M. Long, PhD, PE**

7924 S Country Club Rd
Stillwater, OK 74074
Phone: 336-813-8465
Email: john@long.engineering

# INVOICE

INVOICE #1003
DATE: 15 SEP 2024

**TO:**

Glenn Johnson
McKee, Voorhees & Sease, PLC
801 Grand Avenue
Suite 3200
Des Moines, Iowa 50309
Email: Glenn.Johnson@ipmvs.com

**FOR:**

J&M Manufacturing v. Kinze Manufacturing
Case No. 1:22-cv-00094

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| [03 AUG] Expert Report Prep | 4.0 | $ 225.00 | $ 900.00 |
| [05 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [06 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [08 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [09 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [11 AUG] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [12 AUG] Expert Report Prep | 3.0 | $ 225.00 | $ 675.00 |
| [17 AUG] Expert Report Prep | 4.0 | $ 225.00 | $ 900.00 |
| [18 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [21 AUG] Call - G. Johnson | 0.2 | $ 225.00 | $ 45.00 |
| [21 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [22 AUG] Expert Report Prep | 4.5 | $ 225.00 | $ 1,012.50 |
| [23 AUG] Expert Report Prep | 16.0 | $ 225.00 | $ 3,600.00 |
| [24 AUG] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [31 AUG] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| | | TOTAL | $ 10,732.50 |

Make all checks payable to John M. Long.
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**



CRA No. D66055-00

October 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above
referenced matter for the period September 1, 2024 through September 30, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or
kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

October 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


**CRA Invoice Number:**      **1104553**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: September 1, 2024 through September 30, 2024


|  |  |
| --- | --- |
| Professional Fees | 69,446.25 |

|  |  |
| --- | --- |
| **Total Invoice:** | **USD 69,446.25** |


**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
| --- | --- | --- |
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |


NOTE:      CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

October 17, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**      **1104553**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 11.50 | 755.00 | 8,682.50 |
| Roberts, John | 73.25 | 515.00 | 37,723.75 |
| Associate/Analyst | 72.00 | | 23,040.00 |
| TOTAL PROFESSIONAL FEES | 156.75 | | USD 69,446.25 |

         **TOTAL INVOICE**      **USD 69,446.25**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**September 2024**

1. Review and analysis of the Expert Report of Jennifer Vanderhart, dated August 23, 2024.

2. Drafting of the Rebuttal Expert Report and supporting schedules of Kimberly Schenk.

3. Teleconferences with Dr. John Long and Kinze personnel.

4. Document review and analysis.

5. Teleconferences and correspondence with counsel.



CRA No. D66055-00

November 12, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through October 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

November 13, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:** **1105431**

**Re:** **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: October 1, 2024 through October 31, 2024

| | |
|---|---|
| Professional Fees | 60,313.75 |

**Total Invoice:** **USD 60,313.75**

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE: CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

November 13, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**     **1105431**

**Re:**     **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 10.00 | 755.00 | 7,550.00 |
| Roberts, John | 36.25 | 515.00 | 18,668.75 |
| Associate/Analyst | 107.00 | | 34,095.00 |
| TOTAL PROFESSIONAL FEES | 153.25 | | USD 60,313.75 |

                        **TOTAL INVOICE**     **USD 60,313.75**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**October 2024**

1. Drafting and issuance of the Rebuttal Expert Report and supporting schedules of Kimberly Schenk.

2. Drafting of the Expert report of Kimberly Schenk Regarding Commercial Success.

3. Teleconferences with Dr. John Long and Kinze personnel.

4. Document review and analysis.

5. Quality control process.

6. Teleconferences and correspondence with counsel.



CRA No. D66055-00

December 9, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.


Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through November 30, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

December 9, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:       1106626**

**Re:       J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: November 1, 2024 through November 30, 2024

|  |  |
|---|---|
| Professional Fees | 15,978.00 |

| **Total Invoice:** | **USD 15,978.00** |
|---|---|

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
              CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

December 9, 2024

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**      **1106626**

**Re:**      **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 2.00 | 755.00 | 1,510.00 |
| Roberts, John | 4.50 | 515.00 | 2,317.50 |
| Associate/Analyst | 38.20 | | 12,150.50 |
| TOTAL PROFESSIONAL FEES | 44.70 | | USD 15,978.00 |

      **TOTAL INVOICE**      **USD 15,978.00**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**November 2024**

1. Issuance of the Expert Report of Kimberly J. Schenk Regarding Commercial Success, dated November 1, 2024.

2. Review and analysis of the Reply Report of Jennifer Vanderhart, dated November 1, 2024.

3. Document review and analysis.

4. Deposition preparation.

5. Teleconferences and correspondence with counsel.



CRA No. D66055-00

January 14, 2025

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

RE: J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.

Dear Mr. Kennedy:

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through December 31, 2024.

If you have any questions, please do not hesitate to contact me at 312-377-2249 or kschenk@crai.com.

Sincerely,

Kimberly J. Schenk

Enclosure



CRA No. D66055

January 14, 2025

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com

**CRA Invoice Number:**       **1107895**

**Re:       J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

Activity Dates: December 1, 2024 through December 31, 2024

|  |  |
|---|---|
| Professional Fees | 33,908.75 |
| Expenses | 64.93 |
| **Total Invoice:** | **USD 33,973.68** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International, Inc. | CRA International, Inc. | CRA International, Inc. |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | Citizens Bank |  |
| Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:     CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
               CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D66055

January 14, 2025

Jonathan Kennedy, Esq.
McKee Voorhees & Sease PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721

jonathan.kennedy@ipmvs.com


**CRA Invoice Number:**     **1107895**

**Re:**     **J&M Manufacturing Co., Inc. v. Kinze Manufacturing, Inc.**

PROFESSIONAL SERVICES FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Schenk, Kim | 22.00 | 755.00 | 16,610.00 |
| Roberts, John | 6.25 | 515.00 | 3,218.75 |
| Associate/Analyst | 44.00 | | 14,080.00 |
| TOTAL PROFESSIONAL FEES | 72.25 | | USD 33,908.75 |

| EXPENSES | | | |
|---|---|---|---|
| Travel & Meals | | | 64.93 |
| TOTAL EXPENSES | | | USD 64.93 |

        **TOTAL INVOICE**     **USD 33,973.68**

**J&M Manufacturing Co., Inc. v. Kinze Manufacturing Inc.**
**CRA No. D66055**
**Description of Work Performed**

**December 2024**

1. Deposition preparation and deposition of Kimberly J. Schenk.

2. Teleconferences, meetings, and correspondence with counsel.

# INVOICE

**John M. Long, PhD, PE**
7924 S Country Club Rd
Stillwater, OK 74074
Phone: 336-813-8465
Email: john@long.engineering

INVOICE #1004
DATE: 21 JAN 2025

**TO:**
Glenn Johnson
McKee, Voorhees & Sease, PLC
801 Grand Avenue
Suite 3200
Des Moines, Iowa 50309
Email: Glenn.Johnson@ipmvs.com

**FOR:**
J&M Manufacturing v. Kinze Manufacturing
Case No. 1:22-cv-00094

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| [01 SEP] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [04 SEP] Teams Meeting | 2.8 | $ 225.00 | $ 630.00 |
| [04 SEP] Expert Report Prep | 0.8 | $ 225.00 | $ 180.00 |
| [06 SEP] Teams Meeting | 2.0 | $ 225.00 | $ 450.00 |
| [10 SEP] Teams Meeting | 1.5 | $ 225.00 | $ 337.50 |
| [11 SEP] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [12 SEP] Teams Meeting | 1.0 | $ 225.00 | $ 225.00 |
| [16 SEP] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [23 SEP] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [25 SEP] Expert Report Prep | 3.0 | $ 225.00 | $ 675.00 |
| [26 SEP] Teams Meeting | 1.5 | $ 225.00 | $ 337.50 |
| [27 SEP] Teams Meeting | 1.5 | $ 225.00 | $ 337.50 |
| [30 SEP] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [01 OCT] Phone Call | 0.2 | $ 225.00 | $ 45.00 |
| [01 OCT] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [02 OCT] Expert Report Prep | 2.0 | $ 225.00 | $ 450.00 |
| [04 OCT] Expert Report Prep | 15.0 | $ 225.00 | $ 3,375.00 |
| [07 OCT] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [09 OCT] Teams Meeting | 1.0 | $ 225.00 | $ 225.00 |
| [14 OCT] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [21 OCT] Expert Report Prep | 1.0 | $ 225.00 | $ 225.00 |
| [25 OCT] Expert Report Prep | 5.0 | $ 225.00 | $ 1,125.00 |
| [26 OCT] Expert Report Prep | 2.5 | $ 225.00 | $ 562.50 |
| [27 OCT] Expert Report Prep | 5.5 | $ 225.00 | $ 1,237.50 |
| [31 OCT] Expert Report Prep | 4.5 | $ 225.00 | $ 1,012.50 |
| [01 NOV] Phone Call | 0.7 | $ 225.00 | $ 157.50 |
| [01 NOV] Expert Report Prep | 1.5 | $ 225.00 | $ 337.50 |
| [04 NOV] Expert Deposition Prep | 1.0 | $ 225.00 | $ 225.00 |

| | | | | |
|---|---|---|---|---|
| [04 DEC] Teams Meeting | 0.5 | $ 225.00 | $ | 112.50 |
| [04 DEC] Phone Call | 0.3 | $ 225.00 | $ | 67.50 |
| [09 DEC] Expert Deposition Prep | 2.0 | $ 225.00 | $ | 450.00 |
| [15 DEC] Travel to Des Moines | 9.0 | $ 50.00 | $ | 450.00 |
| [15 DEC] Expert Deposition Prep | 8.0 | $ 225.00 | $ | 1,800.00 |
| [16 DEC] Expert Deposition Prep | 11.8 | $ 225.00 | $ | 2,655.00 |
| [17 DEC] Expert Deposition Prep | 1.0 | $ 225.00 | $ | 225.00 |
| [17 DEC] Expert Deposition | 7.8 | $ 225.00 | $ | 1,755.00 |
| [18 DEC] Travel to Stillwater | 10.0 | $ 50.00 | $ | 500.00 |
| | | | | |
| Direct Travel Expenses | | | | |
| [15 DEC] Flight-OKC to DesMoines Delta | | | $ | 478.98 |
| [18 DEC] Flight-DesMoines to OKC American | | | $ | 767.95 |
| [15 DEC] Partial Refund for Canceled American Flight | | | $ | (467.97) |
| [18 DEC] Uber-Hotel to DSM airport | | | $ | 35.90 |
| [18 DEC] Airport Parking | | | $ | 48.00 |

TOTAL $ 23,502.86

Make all checks payable to John M. Long.

Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**



# OKC DSM

Confirmation#   HG5X4W
Purchased Sun, Dec 15, 2024

| FLIGHT INFO | ▼ |
|---|---|

**OO3844:OKCMSP**

| | |
|---|---|
| DATE | 12/15/2024 |
| STATUS | FLWN |
| CABIN | S |

**9E4998:MSPDSM**

| | |
|---|---|
| DATE | 12/15/2024 |
| STATUS | FLWN |
| CABIN | S |

KEY OF TERMS >

| JOHN MICHAEL LONG 9408845957 | ▼ |
|---|---|

| | |
|---|---|
| FLIGHT TICKET # | 0062290277757 |
| FARE | $422.68 USD |
| TAXES, FEES AND CHARGES | $56.30 USD |
| FLIGHT TOTAL | **$478.98 USD** |

PAID WITH MASTERCARD ENDING IN 6389

American

Issued: December 9, 2024

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **OJXXWI**

## Sunday, December 15, 2024

**OKC**
Oklahoma City
5:15 AM

**AA 3470**
Operated by
Envoy Air
as American
Eagle

**ORD**
Chicago O'Hare
7:25 AM

Seat: **10A**

Class: **Economy (M)**

Meals:

## ORD
Chicago O'Hare
9:46 AM

AA 3469
Operated by
Envoy Air
as American
Eagle

## DSM
Des Moines
11:13 AM

Seat: **11A**

Class: **Economy (M)**

Meals:

## Wednesday, December 18, 2024

## DSM
Des Moines
5:03 AM

AA 2326

## DFW
Dallas/Fort Worth
7:24 AM

Seat: **10D**

Class: **Economy (G)**

Meals:



# Your purchase

**John Long - AAdvantage® #: 21L****\****

New ticket (0012197033990)                    $767.95
[$668.60 + Taxes & carrier-
imposed fees $99.35]

| Total cost | $767.95 |
| --- | --- |

## Your payment

| MasterCard (ending 6389 ) | $767.95 |
| --- | --- |

| Total paid | $767.95 |
| --- | --- |

# Your refund is complete

Confirmation code: **OJXXWI**
Ticket number: **0012197033990**

## John Long

## Details

| | |
|---|---|
| Refund amount: | **467.97 USD** |
| Refund to: | **MASTERCARD ending 6389** |
| Date refund issued: | **01/14/2025** |

Please allow up to 7 business days for your bank to post the funds to your account. For further questions, you may contact your financial institution. (Time frame may vary by country).

## Thanks for tipping, John

Here's your updated Wednesday morning ride receipt.

| Total | $35.90 |
|---|---|

| Trip fare | $17.79 |
|---|---|

| Subtotal | $17.79 |
|---|---|
| Reservation Fee | $4.71 |
| Booking Fee | $2.26 |
| Airport Surcharge | $2.25 |
| Tip | $7.00 |
| Iowa Sales Tax | $1.89 |

## Payments

 **Mastercard ••••6389**
12/18/24 3:31 AM $28.90

 **Mastercard ••••6389**
12/18/24 3:32 AM $7.00

Visit the trip page for more information, including invoices (where available)

You rode with RYAN

UberX    15.76 miles | 18 min

3:12 AM | 1520 NW 114th St, Clive, IA 50325-7069, US

3:31 AM | 5800 Fleur Dr Ste 207, Des Moines, IA 50321, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# WRWA – PARKING
## 7100 Terminal Drive
## Oklahoma City, 73159
## Tax Code US405 316 3250

PS 323          12/18/24 10:01
Cashier 107
Receipt 025449

Short-term Parking Ticket
SL3 - No. 008964
12/15/24 04:12
12/18/24 10:01
Period 3d5h50'

$48.00

Sub Total                $48.00
Tax                       $0.00
- - - - - - - - -
Total                    $48.00

Payment Received
RID              A000000004
PIX                    1010
CARD     *************6389
AUTHORIZATION        03492P
PURCHASE         USD48.00
          APPROVED